**LEX DOMUS LAW**
Brandi M. Segura, Esq.
Nevada Bar No. 11710
5798 S. Durango, #105
Las Vegas, Nevada 89113
Telephone: (725) 222-3272
Facsimile:  (702) 472-8605
Email: brandi@lexdomuslaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES LI CHANG also known as CHANG LI, an individual; <br><br> Plaintiff, <br><br> v. <br><br> LAU ONG JINGJING also known as MARY JEAN REIMER, an individual; PETER ONG; and DOES I through X; <br><br> Defendants. | **Case No.:** <br><br> **COMPLAINT** |

COMES NOW, Plaintiff Charles Li Chang also known as CHANG Li ("Chang"), by and through undersigned counsel, and hereby files his Complaint against Defendants Mary Jean Reimer also known as Lau Ong Jingjing ("Lau") and Peter Ong ("Ong" and together with Lau, "Defendants"), and hereby alleges as follows:

**PARTIES**

1.      Chang is a Nevada resident and is domiciled in Las Vegas, Nevada.

2.      Lau is a resident of Hong Kong.

3.      Ong is a California resident.

**JURISDICTION AND VENUE**

4.      Jurisdiction and venue are proper before the United States District Court, District of Nevada as the parties are from different states and/or countries and the amount in controversy exceeds $75,000.00.

5.      The facts, acts, events and circumstances herein mentioned, alleged and described occurred in or were otherwise directed to the District of Nevada.

6. Defendants have also purposefully availed themselves to the District of Nevada as they have and do conduct business in Nevada and the events that are the subject of this lawsuit were performed in whole or in part in Nevada.

7. The Consulate General of the United States of America, Hong Kong, also issued Chang a Form DS-2060, which is an acceptable document for any U.S. jurisdiction for the "settlement of legal, financial, and estate matters." **Exhibit 1**, Form DS-2060.

<b><u>GENERAL ALLEGATIONS</u></b>

8. Chang was born and raised in Taiwan, where he experienced a very traditional childhood, but one that was fraught with issues beginning at a young age.

9. Chang's mother Chao Yu, also known as Jean Yu Reimer, Yu Chao and Chao Jing-Yu (Decedent), was married off to Chang's father as part of an arranged marriage when she was only 14 years old, giving birth to Chang when she was still a teenager.

10. Chang's mother ran away from the marriage, but the cost of her freedom was leaving her son behind. Chang then grew up being told by his father that his mother had died, as was the accepted way of handling such issues in some Asian families at the time.

11. However, when Chang was in middle school, his mother found him again and they were reunited. This represented a new start of their relationship.

12. In or about 1976, when Chang was approximately 19 years old, Chang's mother brought Lau to Taipei and Chang was introduced to Lau, his half-sister. Chang later learned that he also had a half-brother, Ong.

13. Over the years, Chang had multiple family encounters with Lau, including meeting her late husband and her daughter.

14. Chang also met Ong on a few occasions, though they did not have a close relationship.

15. There was never any question by Defendants and other family members that Chang and Defendants shared the same mother. In fact, on or about October 12, 2017, Chang even reached out to Lau asking for their mother's birth date. Not only did Lau share their mother's birthdate, Lau referred to Chang as "brother." **Exhibit 2**, Email Correspondence Between Chang and Lau.

16.    Even though Lau resides in Hong Kong, Lau also used Chang's Las Vegas address as her address in the United States in the past and relied upon Chang to assist her with things from taking her to get her passport renewed or relying on Chang to assist her with finding legal counsel to assist with Lau's father's estate. **Exhibit 3**, Lau DMV renewal notice, *see also,* **Exhibit 2.**

17.    Over the past 20 years, Chang and Lau also corresponded via email, discussing family, Lau visiting Chang, and, notably, Lau telling Chang that "*Our little brother* Peter just had a baby girl today." To which Chang responded, "By the way, if you want to buy a small gift for *our niece* jointly, please let me know. I will send you a check." **Exhibit 2**.

18.    However, in or about January 2020, Chang's relationship with Lau significantly altered when their mother fell ill.

19.    On or about January 13, 2020, Chang and his Aunt May (his mother's sister) had a missed call from Chang's mother, but when they tried to call Chang's mother back on multiple occasions, they were always told that she "wasn't home."

20.    Shortly thereafter, Chang also reached out to Lau via Facebook messenger to inquire about what was going on with their mother. In response, Lau "unfriended" Chang and blocked him from being able to contact her further.

21.    After years of deteriorating health, Chang's mother passed away on or about February 21, 2025. There was no will or other estate document in place.

22.    Since 2020 and continuing through 2025, Lau and/or Ong deliberately and intentionally concealed the nature of their and Chang's mother's illness and death from both Chang (as well as their aunts and uncles), which prevented Chang from honoring the time he had remaining with his mother and later paying his respects at the time of his mother's funeral,

23.    After their mother passed away, Lau and Ong began to take intentional acts to spread the false misrepresentation that Chang was not their brother and that he is a "con artist" who is attempting to obtain a portion of their mother's estate.

24.    Lau and/or Ong even withheld the location of their mother's gravesite in order to prevent Chang visiting his mother's burial site and to keep Chang from honoring his mother during

- 3 -

the Qingming Festival where family members visit the tombs of their ancestors to clean the gravesites and make ritual offerings.

25. Lau and/or Ong deliberately and intentionally prevented Chang from gaining access to any information related to their mother to prevent Chang from being involved with the distribution of their mother's estate by perpetuating the lies that Chang is nothing more than a "con artist" and is not their brother.

26. While estate proceedings are taking place out of the country, Defendant's actions have crossed international lines and are impacting Chang in his home country of the United States and home state of Nevada.

27. Defendants have and continue to turn family members against Chang, including their uncle Chao Joue ("CJ"), who has never disputed that Chang is in fact his nephew and entitled to a portion of the inheritance. **Exhibit 4**, Open Letter authorized by CJ and His Siblings, published with the Las Vegas Chinese News Network. **Exhibit 5**, Multiple Communications between Chang and CJ. **Exhibit 6**, Transcript of a Discussion between Chang and his Aunt Chao Ying, who agreed with the contents of **Exhibit 4**.

28. In or about December 2025, the relationship Chang once had with his uncle CJ has chilled as a direct result of Defendants' actions, including threatening to sue CJ, to the point where CJ later disclaimed his role in the open letter to avoid being sued, though never once has CJ sanctioned or agreed with Defendants' characterizations of Chang. *See,* **Exhibit 5.**

29. Defendants' statements have been made on multiple occasions beginning after their mother's death.

30. Chang works as a Chief Financial Officer and requires a key employee license in many highly regulated gaming jurisdictions, where the false information and mischaracterization of Chang as a "con artist" threaten his professional standing.

31. Defendants' actions have sullied Chang's family honor (the "filial duty"), which is a vital component of many cultures, especially Asian culture, where family honor is the foundation of personal identity and social standing. This core tenet demands respect and care towards one's

family. Defendants' false statements that Chang is a "con artist" who is not their brother have had a significant impact on Chang's reputation among his family and his community.

## FIRST CAUSE OF ACTION

### (Defamation Against All Defendants)

32.     Chang repeats and reasserts the allegations previously set forth and incorporates the same by reference as though fully set forth herein.

33.     Defendants have undertaken a campaign to deny Chang's parentage, lineage and familial relationship with Defendants as a means to deny Chang of his reasonable portion of inheritance following their mother's passing.

34.     Defendants characterized and continue to characterize Chang as a "con artist as a means to paint Chang as someone who is attempting to perpetrate fraud in order to deny Chang of his reasonable portion of inheritance following their mother's passing.

35.     An unprivileged publication of Defendants' statements have been made to multiple third parties, including to multiple family members.

36.     Defendants were at least negligent in making the statement.

37.     Defendants made the statements knowing that they are and were false and with complete disregard for the truth, after having previously acknowledged Chang as their half-brother and acknowledging that they share other common relatives, such as aunts and uncles.

38.     Defendants' statements have caused significant damage between Chang and other family members, which is an insult to Chang's honor and filial duty, two extremely important foundations in Asian culture, which has and will continue to damage Chang's reputation in his home state of Nevada, the Asian community where Chang is known for his philanthropic efforts, and has or will damage Chang's professional standing within the highly regulated gaming industry.

39.     Chang sustained actual and presumed damages as a result of Defendants' statements, which are no less than one-third of their mother's estate, which has a value of at least $72 million.

///

///

- 5 -

40.    As a direct, proximate, foreseeable result of Defendants' actions and conduct, it has become necessary for Chang to secure the services of an attorney, and Chang is entitled to recover fees and costs incurred as damages.

41.    As a direct and proximate result of Defendants' actions and conduct, Chang has and will continue to incur damages in excess of $75,000.00, and in an amount to be determined at the time of trial.

## SECOND CAUSE OF ACTION

### (Invasion of Privacy-False Light Against Defendants)

42.    Chang repeats and reasserts the allegations previously set forth and incorporates the same by reference as though fully set forth herein.

43.    Defendants, through their actions and conduct described herein, gave publicity to a matter concerning Chang that placed Chang before the public in a false light.

44.    The false light under which Chang was placed, i.e. that he is a con artist and is attempting to perpetrate fraud, would be highly offensive to a reasonable person.

45.    Defendants had knowledge and/or acted in reckless disregard as to the falsity of the publicized matter and the false light in which the placed Chang.

46.    Defendants' statements have harmed and will continue to harm, including harming Chang whose business and professional relationships in his highly regulated gaming profession require him to maintain his fitness of character.

47.    As a direct, proximate, foreseeable result of Defendants' actions and conduct, it has become necessary for Chang to secure the services of an attorney, and Chang is entitled to recover fees and costs incurred as damages.

48.    As a direct and proximate result of Defendants' actions and conduct, Chang has and will continue to incur damages in excess of $75,000.00, and in an amount to be determined at the time of trial.

/ / /

/ / /

/ / /

## THIRD CAUSE OF ACTION

### (Civil Conspiracy/Aiding and Abetting Against Defendants)

49. Chang repeats and reasserts the allegations previously set forth and incorporates the same by reference as though fully set forth herein.

50. Defendants acted in concert with the intention to commit an unlawful act, including but not limited to, defamation in order to deny Chang as their brother and to retain Chang's portion of the inheritance he is rightfully entitled to from their mother.

51. Defendants acted with intention to harm Chang as up until their mother's illness and eventual passing, Defendants never previously denied Chang as their brother, have relied on Chang as one does with a brother, shared information about their mother, and acknowledging that they share family, such as aunts and uncles.

52. Defendants have and continue to engage in the fraudulent misrepresentation that Chang is not their brother and that they share the same mother.

53. Defendants have and continue to maintain their fraudulent misrepresentation despite other family members acknowledging Chang as their brother.

54. Defendants are well aware of their role in promoting this fraudulent misrepresentation to others, including to other family members, government officials and legal professionals.

55. Defendants and each of them is aiding the other, providing each other with knowing and substantial assistance in order to commit and maintain an ongoing fraudulent misrepresentation.

56. Chang has been significantly damaged as he has and continues to be denied his rightful share of his inheritance.

57. As a direct, proximate, foreseeable result of Defendants' actions and conduct, it has become necessary for Chang to secure the services of an attorney, and Chang is entitled to recover fees and costs incurred as damages.

/ / /

/ / /

58.    As a direct and proximate result of Defendants' actions and conduct, Chang has and will continue to incur damages in excess of $75,000.00, and in an amount to be determined at the time of trial.

## FOURTH CAUSE OF ACTION

### (Fraud Against Defendants)

59.    Chang repeats and reasserts the allegations previously set forth and incorporates the same by reference as though fully set forth herein.

60.    Based on the foregoing facts, Chang alleges that Defendants are engaged in systematic fraud and fraudulent concealment of their true familial relationship with Chang, in order to defraud Chang from his rightful share of his inheritance following the passing of their mother.

61.    Defendants on multiple occasions have acknowledged Chang as their half-brother as have other family members.

62.    Defendants knew that their representations that they and Chang did not share a mother were false and Defendants are attempting to conceal material facts that Chang is in fact their half-brother.

63.    Defendants knew that their representations would damage Chang's honor and reputation in Nevada and within the Chinese community in Nevada and in China/Taiwan.

64.    As a direct, proximate, foreseeable result of Defendants' actions and conduct, it has become necessary for Chang to secure the services of an attorney, and Chang is entitled to recover fees and costs incurred as damages.

65.    As a direct and proximate result of Defendants' actions and conduct, Chang has and will continue to incur damages in excess of $75,000.00, and in an amount to be determined at the time of trial.

## FIFTH CAUSE OF ACTION

### (Unjust Enrichment Against Defendants)

66.    Chang repeats and reasserts the allegations previously set forth and incorporates the same by reference as though fully set forth herein.

/ / /

67.     Defendants have and continue to profit from their intentionally fraudulent and conspiratorial actions to deny Chang of his rightful inheritance in an amount of at least $24 million.

68.     Chang relied on his half-siblings to act in good faith based on their prior and ongoing familial relationship, which, until their mother fell ill and passed away, was never previously denied.

69.     Defendants have accepted and retained the benefits from their actions to deny Chang as their brother with full knowledge that their actions were improper and that Chang is entitled to his rightful share of inheritance.

70.     Defendants have been unjustly enriched by retaining property that does not rightfully belong to them.

71.     Defendants' retention of these benefits is unjust under the circumstances.

72.     Chang is entitled to equitable relief for Defendants' unjust enrichment because Defendants conferred upon themselves a substantial benefit and it would be unjust for Defendants to retain those benefits while denying Chang his rightful share of the inheritance.

73.     Chang seeks restitution and disgorgement of the benefits wrongfully retained by Defendants in an amount to be determined at trial, but no less than $24 million.

**SIXTH CAUSE OF ACTION**

**(Declaratory Relief Against Defendants)**

74.     Chang repeats and reasserts the allegations previously set forth and incorporates the same by reference as though fully set forth herein.

75.     A dispute has arisen and an actual controversy exists between Chang and Defendants with respect to their familiar connection and Defendants' alleged right to withhold Chang's rightful inheritance.

76.     NRS 30.030 provides that courts of record, within their respective jurisdictions, shall have the power to declare the rights, status and other legal relations, whether or not further relief is or could be claimed. No action or proceeding shall be open to objection on the ground that a declaratory judgment is prayed for. The declaration may either be affirmative or negative in form and effect, and such declarations shall have the force and effect of a final judgment or decree.

77. Therefore, this Court has the power to declare the rights and status of the parties with regard to their shared parentage, including, but not limited to, requiring the parties to submit to DNA testing.

78. Chang respectfully requests that this Court declare the rights, status, and other legal relations of the parties, including but not limited to shared parentage and the impact on the voracity or the lack thereof of Defendants' statements regarding Chang's parentage.

79. As a direct, proximate, foreseeable result of Defendants' actions and conduct, it has become necessary for Chang to secure the services of an attorney, and Chang is entitled to recover fees and costs incurred as damages.

**WHEREFORE**, Chang prays for judgment against Defendants as follows:

1. For judgment against the Defendants, joint and severally, in an amount in excess of $75,000.00 and in an amount to be proven at the time of trial;

2. For other general and special damages in an amount to be proven at trial;

3. Punitive damages as a result of willful, wanton, malicious and egregious conduct;

4. For an award of attorneys' fees, costs, and expenses incurred in this litigation, pursuant to any and all applicable provisions of law;

5. A declaration that Chang is Defendants' half-brother following DNA testing, that if positive, then Defendants' statements shall be deemed false and they can no longer deny Chang's familial relationship and his rightful inheritance;

6. Pre-judgment and post-judgment interest as provided by law; and

7. For such other and further relief as the Court deems just and proper.

Dated this 14th day of April 2026.

**LEX DOMUS LAW, LLC**

By: */s/ Brandi M. Segura*
Brandi M. Segura, Esq.
Nevada Bar No.: 11710
*Attorneys for Plaintiff*

# EXHIBIT 1



**Consulate General**
of the
**United States of America**
Hong Kong

December 5, 2025

Mr. Charles Li Chang
(By Hand)

Dear Mr. Chang,

Enclosed please find 20 copies of the "Report of Death of a U.S. Citizen or U.S. Non-Citizen National Abroad" Form DS-2060, in the name of Jean Yu Reimer. This Form DS-2060 is an official document, acceptable in any U.S. jurisdiction for the settlement of legal, financial, and estate matters. If you require additional certified copies of the Consular Report of Death, please refer to the enclosed information sheet for details.

Please accept our deepest sympathy in your bereavement. Should you desire further information, or if we may be of assistance in any way, please do not hesitate to contact the American Citizen Services Unit at acshk@state.gov, fax 852-2845-4845, or telephone 852-2841-2211 during our public hours. The Consulate General is open Monday through Friday from 8:30 a.m. to 5:30 p.m., except U.S. and local holidays. In the event of an emergency, outside of those hours you may contact the Consulate Duty Officer at 852-2523-9011.

Sincerely,

Oluwasimidele Shonibare
Consul

Enclosures:
As stated



U.S. Department of State

# REPORT OF DEATH OF A U.S. CITIZEN OR U.S. NON-CITIZEN NATIONAL ABROAD

Hong Kong | 12-05-2025
Post | Date of Issue (mm-dd-yyyy)

SSA No. _ _ _ _ _ _ _ _ _

Name in full    Jean Yu REIMER                                 Age       83

Date (mm-dd-yyyy) and Place of Birth    06-27-1941        China

Evidence of U.S. Citizenship    State Dept. Records #571180922 issued On December 04, 2017

Address in U.S.A.

Permanent or Temporary Address Abroad  Flat AB, 14/F Chun Fai Court, Ocean Gardens, Avenida dos Jardins do Oceano, Taipa, Macau S.A.R.

Date of death ___ Feb ___ 21 ___ --- ___ --- ___ 2025
            Month        Day        Hour        Minute        Year

Place of death    Kiang Wu Hospital                          Macau            Macau
            Number and street, or Hospital/ hotel        City            Country

Cause of death    Systemic inflammatory response syndrome and peritonitis as per Macau Death Registration
            Including authority for statement - if physician, include full name and official title, if any

No.388/2025/RC issued by Macau Civil Affairs Registry Office dated 30OCT2025.

Disposition of the remains    Buried in Macau

Local law governing disinterment of remains provides that        N/A

Disposition of the effects

Person or official responsible for custody of effects and accounting therefore

Traveling/residing abroad with relatives or friends as follows:
            NAME                                    ADDRESS

Informed by telegram or telephone                                              DATE (mm-dd-yyyy)
            NAME                        ADDRESS                              NOTIFIED

Copy of this report sent to:                                                      DATE (mm-dd-yyyy)
            NAME                        ADDRESS                              SENT
Charles Li CHANG            3780 Red Rock Street, Las Vegas, NV 89103, USA        12/5/2025

Notification or copy sent to Federal Agencies:    SSA    x    VA ___    OPM ___    Other ___
                                                                        State Agency

The original copy of this document and information concerning the effects are being placed in the permanent files of the U.S. Department of State. Certified Copies can be obtained by writing to:

*U.S. Department of State, Passport Vital Records Section, 44132 Mercure Cir., PO Box 1213, Sterling, VA 20166-1213*
Remarks:

(Continue on reverse if necessary.)

[SEAL]

_____
Signature on all copies

Oluwasimidele Shonibare            of the United States of America.
U.S. Consul

For Additional Certified Copies, see    https://travel.state.gov/content/travel/en/replace-certify-docs/requesting-a-record/copy-CRDA.html

DS-2060    (Formerly OF-180)
02-2018

Right margin labels: REIMER (Last name) | Jean (First name) | Yu (Middle name) | 02-21-2025 (Date (mm-dd-yyyy) of death)

# EXHIBIT 2



VIP From LinkedIn  10

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...



Mary Yung    Add keywords              Advanced ⌄                                    Home

Compose

← Back    ↩    ↩↩    →    📁 Archive    ⬆ Move    🗑 Delete    🛡 Spam

Inbox
Unread
Starred
Drafts                3
Sent
Archive
Spam
Trash
⌃ Less

Views            Hide
🖼 Photos
📄 Documents
👥 Emails to myself
📧 Subscriptions
🧾 Receipts
💳 Credits
✈ Travel

Folders          Hide
＋ New Folder
Bank Project          5
Business Payment     14
⌄ Credit              2
Finance and pay...   56
Flights               5
⌄ Gaming
Go Daddy              3
jobs                  1
Linkedin
⌄ meeting
⌄ o
Amazon
Family
My Domain            13
Web Dev
Stock Record
⌄ Travel-Car Rental
White Knghts
⌄ Twitter
Trade Record

○ Re: Dinner 2                                    Yahoo/Sent ☆

**Charles Chang**          🖨   Mon, May 16, 2011 at 10:48 AM ☆
From:
charleschang99@yahoo.com
To:
mary@yungchingching.com

We can talk about this tonight.

_____

**From:** "mary@yungchingching.com.hk"
<mary@yungchingching.com.hk>
**To:** Charles Chang <charleschang99@yahoo.com>
**Sent:** Mon, May 16, 2011 10:47:22 AM
**Subject:** Re: Dinner 2

Ok, see you as scheduled.

On Mon, 16 May 2011 10:46:00 -0700 (PDT)
, Charles Chang wrote
> Or, we can go without Andi this time.
>
> Charles
>
> _____
> From: Charles Chang <charleschang99@yahoo.com>
> To: mary@yungchingching.com.hk
> Sent: Mon, May 16, 2011 10:43:56 AM
> Subject: Re: Dinner
>
> Dear Mary,
>
> Andi will go to 24 hours 念佛共修 on Tuesday.  I can invite them
> to 潮粵 on Wednesday if you are available.
>
> Charles
>
> _____
> From: "mary@yungchingching.com.hk"
<mary@yungchingching.com.hk>
> To: Charles Chang <charleschang99@yahoo.com>
> Sent: Mon, May 16, 2011 12:22:54 AM
> Subject: Re: Dinner
>
> Dear Brother,
>
> Should we invite Judith and Gina tomorrow?
>
> Mary
>
> On Sun, 15 May 2011 18:53:46 -0700 (PDT)
> , Charles Chang wrote
> > Dear Mary,
> >
> > Please let me know which one below will be your first choice for
> > tomorrow.
> >
> > 中餐:
> >
> > 1. 潮粵：潮州菜與廣東菜本地最佳餐廳之一安諦與我最常用餐之處
> >
> > 2. Jasmine at Bellagio: 廣東菜與四川菜環境還不錯菜也還可以
> >
> > 西餐:
> > Tuscany Garden: 本地第一名之義大利餐廳
> >
> > We may have dinner at the other two place after tomorrow night.  See

Lenovo ✅

Automate simple tasks and enjoy
collaboration experiences on Len

**LEARN MORE**

Protect yourself against gener

GEN-TECH (AZ, NV, CO, NM)

VIP From LinkedIn 10

> > you tomorrow at 6:30 pm.
> >
> > Charles

HOME     MAIL     NEWS     FINANCE     SPORTS     ENTERTAINMENT     LIFE     SEARCH     SHOPPING     YAHOO PLUS     MORE...



Mary Yung     Add keywords          Advanced ⌄                                    Home

Compose

Inbox
Unread
Starred
Drafts                 3
Sent
Archive
Spam
Trash
⌃ Less

Views          Hide
🖼 Photos
📄 Documents
👥 Emails to myself
📇 Subscriptions
🧾 Receipts
🏢 Credits
✈ Travel

Folders        Hide
➕ New Folder
   Bank Project      5
   Business Payment  14
› Credit            2
   Finance and pay…  56
   Flights           5
› Gaming
   Go Daddy          3
   jobs              1
   Linkedin
› meeting
⌄ o
   Amazon
   Family
   My Domain         13
   Web Dev
   Stock Record
⌄ Travel-Car Rental
   White Knghts
⌄ Twitter
   Trade Record

← Back  ↩  ↩↩  →  📁 Archive   📤 Move   🗑 Delete   🛡 Spam

● Re: Happy Birthday                              Yahoo/Sent  ☆

**Charles Chang**                    🖨  Sun, May 22, 2011 at 3:18 PM  ☆
From:
charleschang99@yahoo.com
To:
mary@yungchingching.com.h
Cc: charles work

```
Dear Mary,

Of course you can.  Let me arrange it
tomorrow morning.

Charles
```

_____

**From:** "mary@yungchingching.com.hk"
<mary@yungchingching.com.hk>
**To:** Charles Chang <charleschang99@yahoo.com>
**Sent:** Sun, May 22, 2011 2:28:53 PM
**Subject:** Re: Happy Birthday

Dear Brother,

I am leaving on 24th. Can I stay at your hotel on the 23rd?

Mary

On Sun, 22 May 2011 11:08:26 -0700 (PDT)
, Charles Chang wrote
> http://orientaldaily.on.cc/cnt/news/20110522/00176_042.html?pubdate=20110522

↩  ↩↩  →  •••

Lenovo ✓

With Smart Modes that adapt to how you
work, Lenovo AI PCs imagined with Intel…

**Productivity meets persc**
Unleash limitless possibilities f

**LEARN MORE**

VIP From LinkedIn   10

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

Mary Yung    Add keywords          Advanced ⌄                                      Home

Compose

← Back   ↩   ↩↩   →   🗄 Archive   📤 Move   🗑 Delete   🛡 Spam                                    ⚙

Inbox
Unread
Starred
Drafts        3
Sent
Archive
Spam
Trash
⌃ Less

Views        Hide
🖼 Photos
📄 Documents
👥 Emails to myself
📧 Subscriptions
🧾 Receipts
💳 Credits
✈ Travel

Folders      Hide
➕ New Folder
Bank Project      5
Business Payment  14
⌄ Credit          2
Finance and pay... 56
Flights           5
⌄ Gaming
Go Daddy          3
jobs              1
Linkedin
⌄ meeting
⌄ o
Amazon
Family
My Domain        13
Web Dev
Stock Record
⌄ Travel-Car Rental
White Knghts
⌄ Twitter
Trade Record

○   Re: Will                                    Yahoo/Sent  ☆

**Charles Chang**                    🖨   Tue, May 28, 2013 at 2:56 PM  ☆
From:
charleschang99@yahoo.com
To:
mary@yungchingching.com.h

Dear Sis,

Do you have the name?  You may go to
State Bar of Nevada at
http://www.nvbar.org/ to find contact
info by name.

I agree with you that Hedy deserves
the estate for taking care your
father.

Charles

---

**From:** "mary@yungchingching.com.hk" <mary@yungchingching.com.hk>
**To:** Charles Chang <charleschang99@yahoo.com>
**Sent:** Tuesday, May 28, 2013 5:13 AM
**Subject:** Will

Dear Brother,

Before my father passed away, he told me he left a will. In his
will, I am the beneficiary. However, Hedy
now says he does not have a will. She did not agree with my
proposal to put an obituary in the Vegas
papers.

Can you refer a Vegas lawyer to me? I want to quietly find out
about my father's will. He told me it is a
LV lawyer. I am not intending to fight or take anything from my
father's estate. But I want to read what
my father said to me in his will.

Love

Mary

↩   ↩↩   →   ⋯

Lenovo ✓

Enjoy enhanced productivity and
experience on Lenovo AI PCs ima
LEARN MORE

LENSCRAFTERS
亮視點

期間限定
MyACUVUE®新會員專享
· OASYS 1-Day系列 ·
· OASYS MAX 1-Day系列 · Define系列 ·
即日起至4月30日

買 2 送 1
HKM20260225_002

Case 2:26-cv-01153-NJK (No new emails, charleschang99@yahoo.com - Yahoo Mail   Document 1   Filed 04/14/26   Page 22 of 99

VIP From LinkedIn   10



VIP From LinkedIn  10

HOME　　MAIL　　NEWS　　FINANCE　　SPORTS　　ENTERTAINMENT　　LIFE　　SEARCH　　SHOPPING　　YAHOO PLUS　　MORE...



Mary Yung　Add keywords　　　Advanced ⌄　　　　　　　　Home

Compose

Inbox
Unread
Starred
Drafts　3
Sent
Archive
Spam
Trash
⌃ Less

Views　Hide
　Photos
　Documents
　Emails to myself
　Subscriptions
　Receipts
　Credits
　Travel

Folders　Hide
＋ New Folder
　Bank Project　5
　Business Payment　14
　⌄ Credit　2
　Finance and pay...　56
　Flights　5
　⌄ Gaming
　Go Daddy　3
　jobs　1
　Linkedin
　⌄ meeting
　⌄ o
　　Amazon
　　Family
　　My Domain　13
　　Web Dev
　　Stock Record
　⌄ Travel-Car Rental
　　White Knghts
　⌄ Twitter
　　Trade Record

← Back　↩　↩↩　→　🗄 Archive　🡑 Move　🗑 Delete　🛡 Spam

Fw: Urn　　　　　　　　　　Yahoo/Sent ☆

**Charles Chang**　　　　　　🖨 Sat, Jun 29, 2013 at 4:51 PM ☆
**From:**
charleschang99@yahoo.com
**To:** Mary Yung

晶妹:
該公司今天沒上班,我們已留言也Email了.長與寬
似乎沒問題,高度剛好8 inch,則須要確認一下.
兄字

----- Forwarded Message -----
**From:** "mary@yungchingching.com.hk" <mary@yungchingching.com.hk>
**To:** charles Chang <charleschang99@yahoo.com>
**Sent:** Saturday, June 29, 2013 1:46 AM
**Subject:** Urn

哥,

請替我問圖中骨灰盅的尺寸:

http://www.cremationsolutions.com/c106/Spirit-Chest-p519.html

家良放骨灰的空間是9寸深12寸橫8寸高,相片中的可以嗎?另
運送只限美國,要多少天,也請問問....

謝謝!

妹

晶晶

↩　↩↩　→　⋯

Lenovo ✓

With Smart Modes that adapt to h
Lenovo AI PCs imagined with Inte

LEARN MORE

LinkedIn Ads
MUST-WATCH WEBINAR
Measurement
Mini Masterclass

Watch & learn: Smash y
conversion goals with L

SPONSORED BY LINKEDIN FOR
MARKETING

VIP From LinkedIn  10



VIP From LinkedIn   10



VIP From LinkedIn   10

Charles Chang <charleschang8@gmail.com>
to Mary

Dear Mary Jean Reimer,

Due to work requirements, I must now apply for a special license. The application form requires the dates of birth and addresses of my parents. . While I can fill in the address as Chatham Road, I have never known my mother's exact date of birth. Please provide the address and the correct date of birth. Thank you.

Yours,
Brother


mary@yungchingching.com.hk
to me

Dear Brother,

I only know that it is the 25th day of the 6th month of the lunar calendar, in the Year of the Snake. There are no other records.

Mary Jean Reimer



速捷翻譯社
**EXPRESS TRANSLATION SERVICE**
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026   TRANSLATOR: _____
In'es HUANG

**EXPRESS** 速捷翻譯社
*Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

☰  Gmail    🔍 晶晶                                    ✕  ⚙

Compose

Mail

Inbox                 9
Chat
Starred

Snoozed
Meet
Important

Sent

Drafts               17

Purchases            10

Social                6

Updates             193

Forums                5

Promotions            3

More

Labels

[Gmail]All Mail

[Imap]Drafts

① Upgrade            →

✉

**Charles Chang** <charleschang8@gmail.com>
to Mary

晶妹：

我因工作的關係，現必須申請特許執照．申請書裡要填父母生日與住址．
住址我可填漆咸道的，但我從來都不知道媽咪正確之生日．煩請見告．多謝

兄字

**mary@yungchingching.com.hk**
to me

哥哥，

我只知道是舊曆6月25日，蛇年。也沒有任何其他紀錄。

晶晶

On Thu, 12 Oct 2017 13:48:42 -0700
, Charles Chang wrote
> 晶妹：

[ Reply ]   [ Forward ]   😊



# EXHIBIT 3

**Brandi Segura**

| | |
|---|---|
| **From:** | Charles Chang <charleschang8@gmail.com> |
| **Sent:** | Friday, March 27, 2026 10:48 AM |
| **To:** | Brandi Segura; Megan Thongkham; Kristina Marzec |
| **Subject:** | Fwd: Your Daily Digest for Fri, 3/27 is ready to view |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---------- Forwarded message ---------
From: **USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>
Date: Fri, Mar 27, 2026 at 22:22
Subject: Your Daily Digest for Fri, 3/27 is ready to view
To: <charleschang8@gmail.com>

## COMING TO YOU SOON

### Hi, Charles !

You have 3 mailpiece(s) and 0 inbound package(s) arriving soon.

### Friday

**27** **March 2026**

**3**

**Mailpiece(s)**

**0**

**Package(s)**

**MAR**    **3**    **0**

1

**27**    **Mailpiece(s)**        **Package(s)**







STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
555 WRIGHT WAY
CARSON CITY, NV 89711-0400

FIRST-CLASS MAIL
AUTO
U.S. POSTAGE PAID
CARSON CITY, NV
PERMIT NO. 15

SKIP THE WAIT, GO TO DMV.NV.GOV FOR RENEWAL INFORMATION

PLEASE SEE REVERSE SIDE FOR RENEWAL INSTRUCTIONS.

LAST 4 DIGITS OF ID: 8023          EXPIRATION: 05-22-2026

2 ID  1487225
9
ILD-30 MID8 (Rev 12/2023)

MARY JEAN REIMER
3780 RED ROCK ST
LAS VEGAS NV  89103-2333

BAD-JSP1  89103

 **PACKAGES**                    **View Dashboard**

3

Unsigned Conformed Copy

**No packages are available to display.**



Refer via Email Refer via Text

You may have more mail or packages than are shown in your Daily Digest. To check, **go to your Dashboard**.

Mail may arrive several days after you receive the notification. Please allow up to a week for delivery before reporting missing mail. **Report missing mail**.

*These images represent mail pieces that are sorted on USPS® automated equipment. Some of your mail may not be shown here.

You subscribed to this service with USPS® Product Technology Innovation, 475 L`Enfant Plaza SW, Washington, DC 20260.

If you no longer wish to receive daily email notifications, **unsubscribe here**.

If you need support, please visit **user support for Informed Delivery®**.

For more information about this service, please visit **general information about Informed Delivery**.

Copyright © 2026 United States Postal Service®. All Rights Reserved. The Eagle Logo and the trade dress of USPS® Packaging are among the many trademarks of the U.S. Postal Service®.

This is an automated email, please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

# EXHIBIT 4

# Open Letter to Relatives and Friends in Guangdong, Hong Kong, and Macao Regarding the Matter of Ms. Mary Jean Reimer's Concealment of Ms. Jean Yu Reimer's Death

Reason: Due to my niece, **Mary Jean Reimer**, maliciously concealing from direct-line and collateral relatives with inheritance rights the information that my elder sister, Ms. **Jean Yu Reimer**, passed away on February 21, 2025, at Kiang Wu Hospital in Macao.

Having entrusted the matter to my nephew **Charles Li Chang** for handling, he sent three emails in August, September, and October 2025 to three email addresses belonging to **Mary Jean Reimer** and to **Sean Eric Hotung**'s personal email address to inquire about the reasons, but received no reply. at all. Therefore, it is confirmed that **Mary Jean Reimer**'s action was purely for her own private interests, maliciously depriving relatives of the right to be informed.

We hereby set forth the circumstances surrounding this breach of ethics and morality and make them known to all relatives and friends in Guangdong, Hong Kong, and Macao.

My late father, **Chao Pan Fu**, a native of Yuanling, Hunan Province, once served as a National Assembly Representative of the National Government. He had five children. Their birth order is as follows: the eldest son, **Chao Jiu**; the eldest daughter, **Chao Yu** (also known as **Jean Yu Reimer**); the second son, **Chao Joue**; the second daughter, **Chao Yuann**; and the youngest daughter, **Chao Ying**. My elder brother, **Chao Jiu**, did not relocate to Taiwan with the National Government at that time. My elder sister, **Chao Yu** (also known as **Jean Yu Reimer**), and I, however, from a young age stood together in resistance against our stepmother surnamed Kao, who suffered from psychological abnormalities. Through those difficult years, we forged a deep bond in our shared struggle—a connection that remains exceptionally strong to this day.

My elder sister was intelligent and quick-witted from a young age, forthright in character, with outstanding learning ability, and was an excellent student of both conduct and academics. However, because she was harmed by the slander of her stepmother, she was forced to leave home and become independent at a young age.

After that, she moved around and relocated to Hong Kong and Macau, started her own business through her own efforts, achieved success in her career, and maintained close



**EXPRESS** 速捷翻譯社
*Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

1

ties with the upper echelons of Hong Kong and Macau society. My eldest sister is good at resolving difficulties and disputes, and is known as "Big Sister."

While my elder sister was alive, she took good care of her younger siblings. She once took me to visit her rental building by the Pearl River and her orchard villa in Jiangmen City, and showed me the various pieces of jewelry and antique collectibles kept in the safe at her home in Macao—each one of them a priceless treasure. At the time, my elder sister said that after she passed away, each younger sibling would be able to receive a share.

My elder sister was in fact a forerunner of feminism. Any partner who lived with her, or any "big brother" figure whom she had once formally married, would all be called "brother-in-law" in her presence. Yet for a heroine among women, respected by all as Elder Sister was, after her death, her daughter, **Mary Jean Reimer**, not only failed to notify her blood relatives, but also had no intention of presiding over the funeral; instead, the obituary was issued by, and the funeral arrangements were handled by, younger members of the family of her late husband, **Lao Hin Chun**—who had been dead for more than ten years—and who were not related to her by blood. The obituary referred to my elder sister as "the Grand Madam of the Lau Family," which was not only extremely disrespectful to the deceased and her family, but also a grave insult to the feminist spirit my elder sister practiced throughout her life.

Currently, among the generation of my elder sister and myself in the Chao family of Yuanling, Hunan, three of us remain. Apart from myself, who resides permanently in Taiwan, my younger sister **Chao Yuann** lives in New York, United States, and my youngest sister **Chao Ying** resides in Bangkok, Thailand.

As elders of the Chao family, the three of us believe that our niece, **Mary Jean Reimer**, concealed the news of our elder sister's death and failed to inform the elders and her full brother, **Charles Li Chang**, which is truly an unethical act. This caused her brother to be unable to see his mother one last time and fulfill his filial duty as a son, and also prevented our direct-line and collateral blood relatives from presiding over the funeral rites, and even from going before the deceased's spirit tablet to pay our respects.

What is more, during the time when **Mary Jean Reimer** was living in Las Vegas, USA, her elder brother **Charles Li Chang** took particularly good care of her. Moreover, **Charles Li Chang** is enthusiastic about public welfare in the Chinese expatriate community in the United States and enjoys an outstanding reputation; he has the same inheritance rights as **Mary Jean Reimer**, and should rightfully be more qualified to



**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110‧23311474‧23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

2

represent the family in presiding over the funeral, and to participate in or take the lead in the distribution of my elder sister's estate.

**Mary Jean Reimer**'s conduct, which violates ethics and betrays family ties, is truly difficult for relatives, friends, and elders to tolerate, and also cannot be accepted by the public at large.

Therefore, we solemnly call on the family of **Lao Hin Chun**:

I.      Gain an in-depth understanding of the facts, and do not continue to tolerate Ms. **Mary Jean Reimer**'s conduct.

II.     Immediately cooperate with the eldest legitimate son of Elder Sister, **Charles Li Chang**, cease all obstruction, and permit him to pay respects at the graveside.

III.    Uphold the principles of justice, support **Charles Li Chang** in seeking the rights to which he is entitled through legal channels, as a means of remedy.


This is our earnest hope!


The Chao Family Clan of Yuanling, Hunan

Chao Joue, Chao Yuann, Chao Ying


October 17, 2025



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1–4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026    TRANSLATOR: Ines Huang
In'es HUANG

**EXPRESS** 速捷翻譯社 *Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

3






口碑推荐

1日游: 羚羊谷+馬蹄灣巴士游　1日游: 西峽 / 南峽巴士游　1日游: 錫安 / 布萊斯巴士游

CHD 中美旅游　NATIONAL PARK EXPRESS　拉斯維加斯唯一全方位本地旅社

引領行業25載,旨在為尊客提供獨一無二的奢華假期

查询报名

专业服务·安全至上·包车包团·展会服务·巴士租赁·机场接送

热线: 702-948-4190 按#转接办公室

国际机票·境外旅游 咨询电 626-375-7783 Aki

网站: www.NationalParkExpress.com

扫描此QR碼進入中文订票网站

地址: 3525 W. HACIENDA AVE. LAS VEGAS, NV 89118

美国国家公园
· 大峡谷国家公园团
· 锡安国家公园团
· 布莱斯峡谷国家公园团

美国西部名声景点
· 羚羊谷(团/门票)
· 大峡谷西峡(团/门票)
· 胡佛水坝团
· 火焰谷州立公园团

主题公园门票
· 环球影城门票
· 乐高公园门票
· 博物馆/蜡像馆门票
· 迪士尼门票



RAMEN & Katsu　MATSU 拉麵 烏冬 $9.99 隆重新張

· 炸雞塊 Chicken Karaage
· 章魚小丸子 Takoyaki
· 牛肉拉麵 Matsu Beef Ramen
· 烤魚 Grilled Fish
· 煮水餃 Boiled dumplings
· 海鮮煎餅 Seafood Pancake
· 香辣雞爪 Spicy Stir-fried Chicken Feet
· 炸魚排 Fish Katsu
· 炸豬排 Pork Katsu
· 咖哩豬排 Curry Katsu
· 炸雞排 Chicken Katsu
· 爆漿芝士炸豬排 Cheddar Cheese Katsu
· 馬蘇里拉起司豬排 Matsu Mozzarella Cheese Katsu
· 叉燒餃 Char Siu Bowl
· 照燒雞肉飯 Chicken Teriyaki Bowl
· 韓國烤肉飯 Bulgogi Bowl




韓式美食 口味絕佳 價格最平 應有盡有

702-675-8737

營業時間 周一~周六: 11AM - 10PM 周日 : 12PM - 9PM

2555 S Jones Blvd. #3, Las Vegas, NV 89146

W. Sahara / Torrey Pines / S. Jones / Lindell Rd / Laredo St.


## 為翁靜晶隱瞞趙靜瑜女士逝世訊息事 --致粵港澳親友之公開信

事由：茲因外甥女翁靜晶，對具繼承權之直系與旁系親屬，惡意隱瞞家姐趙靜瑜女士已於2025年2月21日在澳門鏡湖醫院逝世之訊息。

經委由外甥章立於2025年8月、9月與10月三次發函至翁靜晶三個電郵地址及何猷彪個人電郵地址，向其詢問緣由，皆未獲任何回覆。故而確認翁靜晶此舉實為一己之私，惡意剝奪親屬知情之權利。

尚此將其違犯倫理道德一事，向廣東、香港、澳門地區諸親友陳明事情原委。

先父趙班幹，湖南沅陵人，曾任國民政府國大代表，育有五名子女。子女長幼順序如下：長子趙玖、長女趙瑜（又名趙靜瑜）、次子趙玨、次女趙璦與幼女趙瑛。兄長趙玖當年未隨國民政府遷台，而家姐趙瑜因與我自幼一同對抗有心理變態之高姓繼母，多年來建立起深厚革命情感，感情尤篤。

家姐自幼聰穎伶俐，性格豪爽，學習能力卓越，為品學兼優之好學生。後因繼母讒言所害，年少即被迫離家自立。

其後她輾轉移居港澳，自力創業，事業有成，並與港澳社會高層往來密切。家姐善於排難解紛，人稱「大家姐」。

家姐在世時，對弟妹極為照顧。她曾帶我參觀其在珠江之出租大樓、江門市之果園別墅，並展示澳門家中保險櫃內之各類珠寶古玩，件件皆為價值連城之珍品。當時家姐曾言，待其百年之後，每位弟妹皆可分得一份。

家姐實為女權主義之先行者。凡與她共同生活之伴侶，或曾明媒正娶之「大哥」級人物，在她面前皆被稱為「姐夫」。如家姐這般受人敬重之女中英豪，逝世後其女翁靜晶竟未通知血親家族，亦無意主持喪禮，反由無血緣關係、已逝十多年之亡夫劉衍泉家族晚輩代發訃聞、承辦後事。訃聞中稱家姐為「劉門太太人」，不僅對逝者與家族極不尊重，更是對家姐一生實踐女權精神之嚴重侮辱。

目前我湖南沅陵趙氏家族中，與家姐同輩者尚存三人。除本人常住台灣外，大妹趙璦居美國紐約，小妹趙瑛居泰國曼谷。

身為趙氏家族之長輩，我們三人認為，外甥女翁靜晶隱瞞家姐死訊，未告知長輩及其同母兄長章立，實屬不道德之行為。此舉令其兄長未能見母親最後一面，盡人子之孝，亦使我等直系與旁系血親無法主持喪禮，甚至不得至靈前致哀。

尤有甚者，翁靜晶居美國拉斯維加斯期間，其兄章立對她照顧有加。且章立在美國僑界熱心公益，聲譽卓著，與翁靜晶享有同等繼承權利，理應更有資格代表親屬主持喪禮，並參與或主導家姐遺產之分配。

對於翁靜晶違背倫理，背離親情之行為，實難見容於親友長輩，同時也無法為社會大眾所認同。

因此，我們嚴正呼籲劉衍泉家族：
一、深入瞭解實情，勿再縱容翁靜晶女士之行為。
二、立即配合家姐嫡親長子章立，停止一切阻撓，允其至墓前祭拜。
三、堅守公理正義，支持章立透過法律途徑，爭取其應有之權益，以資補救。

是所至盼！

湖南沅陵趙氏家族
趙玨、趙璦、趙瑛謹啟

2025年10月17日
(本文為公告啟事.文責由委刊人自負)

EB-5 截止時間是 2027年9月30日

有項目需要資金 完成擴展或開發嗎？ VRC可幫助您更快的籌集資金！

經官方核准業務範圍限南加州與內華達州,本公司只向1,000萬美元以上項目提供合作。

 VRC Vegas Regional Center Since2017

合作對象
· 在美已有項目但需資金協助者。
· 已具有部分資金想在美啟動項目者。
· 有土地在美閒置想進行開發者。
· 有資金想在美買土地進行開發者。
· 一群自己人有資金想辦項目申請美國移民者。

Vegas Regional Center 2017年獲移民局核准 移民局官網可查詢!

聯係電話: 702-613-3888

WeChat ID: VTV7026133888
Line ID: Vegaseb5

65 歲了嗎? 現在就解鎖您的專屬福利

· 聯邦紅藍卡·優勢計劃·補充計劃
· 重大疾病 / 癌症 / 中風 / 心臟病
· 短期 / 長期護理·住院賠償
· 牙科 / 視力·年金·人壽保險
· 健康保險·全方面方案計劃服務

 Annie On 袁慧菁 (702)528-2828
 William On 溫建業 (702)483-5000

英文/中文 雙語服務 您的紅藍卡Medicare 顧問
1426 S. Jones Blvd. Las Vegas, NV 89146

您的健康 聯邦醫療來守護



♥ 免費諮詢

免費聯邦醫療保險 紅藍卡申請協助, 讓退休保險更清楚更安心

♥ 輕鬆了解您的選擇, 看看您能享受哪些獨家福利

有麻煩 找老(law)黃

★移民法: 驅逐出境辯護,機場被阻假釋
★催辦疑難案件,狀告移民局, 公民申請
★H-1B,L,P,E,K,R,I等簽證,PERM勞工證
★與移民局、出入境有關的刑事案件
★美國簽證被拒後的解決方案
★國際刑警紅色通緝令的解決方案



Xiaosheng Huang, Esq. Licensed in New York. Federal Matters Only in Nevada.
黃笑生律師註冊於紐約州, 在內華達州從事聯邦法律事務

Tel: (702) 451-2188　Fax: (888)696-9713

LAW HUANG INTERNATIONAL LTD. 黃笑生國際律師行

地址: 3608 E. Sunset Rd., #110, Las Vegas, NV 89120
www.lawhuang.com　www.huanglawworld.com

APIA NEVADA 为内华达家庭 创造更清洁的未来

让您的家保持凉爽, 降低账单金额, 同时保障家庭安全。

$151,000,000 节省能源账单
21,000+ 高薪清洁能源岗位
$155亿 对内华达州本地经济投资

在优惠截止前立即领取您的清洁能源节省额度

用于节能家居改造项目, 如更换门窗、加装隔热层等最高可获1,200美元补贴, 同时享受中央空调系统及屋顶太阳能装置30%的折扣优惠。 ✓

进行家庭能源审计可获得150美元税收抵免, 该审计将识别能效提升方案, 助您长期节省开支。 ✓

*购买新电动汽车最高可享7,500美元优惠, 购买二手电动汽车可享4,000美元优惠。 ✓

*电动汽车税收抵免政策仅适用于2025年9月30日前购买的车辆。

内华达州家庭可能错失节省开支的机会, 因联邦清洁能源税收抵免政策将臨終結終止。这些抵免政策通过电动汽车、太阳能板及家居改造等升级措施, 有效降低能源账单。申请窗口尚未关闭——立即确认截止日期, 确保最大化使用您的节省额度。

 扫描二维码了解更多: SaveEnergyNV.org



不知道从什么项目开始? 在制定重大计划前先进行家庭能源改进排查, 找出低成本高收益的升级方式。别再等待——这些联邦税收减免将会在2025年12月31日后全部取消!

oneapianevada 内华亚太高公民权益协会

# EXHIBIT 5

E5-3-4

Chao Joue:

It is very suspicious. Your mother had a secret safe containing a considerable amount of diamonds and jewelry. I saw it. At the time, I even told her to be careful against theft. She said not to worry, because there were multiple security mechanisms. There were also properties, real estate, and deposits. Where have they gone? You must investigate and find out. (Sent at 01:15)

It is possible that they have already fallen into the hands of **Mary Jean Reimer**. (Sent at 01:16)

Charles Li Chang:

I remember this was the former address in Hong Kong: AB Unit, 14/F,   Kam Tak Building, 83–85 Chatham Road, Kowloon, Hong Kong. (Sent at 08:39)

Chao Joue:

That's correct. After it was sold, she moved to Macau. The collection I saw was in Macau. (Sent at 09:54)

Charles Li Chang:

Do you still remember the address in Macau? (Sent at 11:42)

Chao Joue:

I do not remember. You may only be able to ask **Peter Ong** or call to see whether the Filipino help is willing to speak. (Sent at 15:23)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL. TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026    TRANSLATOR: Inés Huang
In'es HUANG



**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

Sat, August 23, 2025

非常可疑.妳老媽有一個秘密的保險庫,裡面有可觀的鑽石珠宝,我看過,当時还告訴她要防被偷,她說放心,因為機關重重,还有物業及不動產及存款等,其下落如何?你需查明!　01:15

可能已落入晶晶之手。　01:16

記得這是以前香港的地址：香港九龍漆咸道 83-85 號金德大廈 14 樓 AB 座 🌞
Read 08:39

沒錯,賣掉後搬到澳门.我看到的收藏件是在澳門　09:54

您還記得澳門地址嗎？🌞
Read 11:42

不記得了,你可能只有問仔仔.或打电话看菲佣肯不肯講。　15:23

我會在今晚,澳門週一上午打電話去給媽咪前夫公司問媽咪的遺體是土葬還是火葬,以及葬在何處。
小魚泳會已被靜晶接手會長職。其中有位余少芬總教練 ↓

＋ 📷 🖼　Aa　　☺ 🎤

**E5-3-2**

Chao Joue:

I remember now. Your mom's luxury villa is in Niuwan Town, and at the main entrance there is an inscription written by a top-level leader of the Ministry of State Security (name already forgotten). I'd say it was worth at least a hundred million RMB back then. She donates money every year to benefit the local community, earning praise across the mainland. She's a prominent figure and the goddaughter daughter of the top leader; her talent for climbing the social ladder is truly remarkable! (Sent at 21:54)

Charles Li Chang:

The full name is: Niuwan Town, Xinhui District, Jiangmen City.

(Read at 07:33)

速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026
TRANSLATOR: Inés Huang
In'es HUANG

EXPRESS 速捷翻譯社
*Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net




記起來了，你老媽的豪華別墅就在牛灣鎮，大門口還有國家安全部最高階領導(姓名已忘)的提字，我認為当時价值上億人民幣跑不掉.她每年捐錢造福当地受到大陸讚揚,是風雲人物,且是最高領導的乾女兒,攀龍附會本領極高!

21:54

Tue, September 23, 2025

全名是：江門市新會區牛灣鎮

Read
07:33



https://youtu.be/
draGSiJyzhE?
feature=shared



江門市新會區：遠徑新會牛灣社區,停下來休息隨意拍攝牛灣社...

Read
07:38

1

  Aa

Chao Joue:

As I recall, it was Unit A/B. But I can no longer remember it clearly.    (Sent at 09:30)

Chao Joue:

**Mary Jean Reimer** should know that she has no leg to stand on in terms of sentiment, reason, or law. A smart woman like her would step forward to negotiate a compromise; especially since you hold her private secrets as leverage!    (Sent at 09:39)

Chao Joue:

Ask her to come forward; everything can be negotiated.    (Sent at 09:40)

Chao Joue:

It is possible that your mother had a written will that she has been hiding.
(Sent at 09:42)

Chao Joue:

I do not believe your mother made no distribution. She is sharp-tongued but tender-hearted. **Mary Jean Reimer** is too greedy and too ruthless. She cannot possibly spend it all in this lifetime; these people are all family.    (Sent at 09:48)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL. TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 4 2026    TRANSLATOR: In'es Huang
In'es HUANG

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634  FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net



印象中是 A/B 座。但己記不清。

09:30

> 香港九龍漆咸道的房子是 A B 座但加起來還沒這個B座大。

Read
09:37

晶應应知自己在情.理.法均站不住腳,聰明的她會出面協商妥恊,何況还有把柄私密在你手中!。

09:39

叫她出面,凡事好商量。 09:40

搞不好你老媽有遺書被她私藏了:。

09:42

我不相信妳媽沒分配,她是刀子口.豆腐心,晶晶太貪也太狠,這輩子花不完,這些人都是親人啊i

09:48

> 據過視頻所言,外祖父是黃浦軍校五期畢業的,還參加過北伐。不知道您小時候是否聽過外祖父講過這些故事?
> https://youtu.be/
> YXvH.JXeVIl.w?

+ ◎ ⌕ Aa ☺ ℚ

Chao Joue:

You should file a lawsuit with the local court as the plaintiff. **Mary Jean Reimer** concealed the facts and caused damage to your rights and interests, didn't she? (Sent at 10:18)

Chao Joue:

According to the law, you are the eldest son and have the right of inheritance, do you not?    (Sent at 10:20)

Chao Joue:

That's right. Handle it strictly in accordance with the law. (Sent at 10:30)

You should make every effort to fight for the rights that belong to you. (Sent at 10:31)

Chao Joue:

If there are assets in the Mainland China, Macau, or even the United States, the local governments will have records of the real estate. It depends on how your lawyer handles it. (Sent at 10:52)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026
TRANSLATOR: Ines Huang
In'es HUANG



**EXPRESS** 速捷翻譯社
*Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110 · 23311474 · 23753634  FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net


Sun, September 7, 2025

已得澳門氹仔（潭仔）的部份
地址：氹仔路氹填海區 🌞
Read
00:57

目前產業已在晶晶名下。🌞
Read
09:39

你应是以提告者身份向当地法
院提訴,晶晶隱藏事实使你權
益受損,对否?
10:18

依你是長子有继承權,不对
嗎?
10:20

經過法院審理程序後，晶晶必
須將所得之遺產全數歸還給本
方指定的遺產管理人，重新分
配。🌞
Read
10:29

沒錯,依法論法.你应
10:30

:全力爭取所屬的權利!
10:31

若在大陸.澳門.甚至美國有財
產,当地政府有其不動產資料.
就看你的律師如何處理。
10:52

Read　　好的 👍 • 沒問題
12:07

＋ �📷 🖼　Aa　　　　　😊 🎤

Chao Joue:

That is why I did my small part and sent some money to Thailand. It was not a large amount, sometimes 100,000, sometimes 50,000, but more often 20,000, because she had been a poor child. It is enough that the younger sister understands. Thinking about it, she was also helpless and without support. There is nothing wrong with her showing filial piety to her father. Enduring grievances in front of her stepmother was also for self-protection. She is timid and weak by nature. Sigh. In fact, we are all a pitiable group. You are the same. The past is too painful to look back on; it is better not to mention it. (Sent at 01:18)

Chao Joue:

In fact, **Mary Jean Reimer** is a smart person. If she is made aware of certain developments, I hope she will come forward so that everyone can talk. This would be the best policy. Otherwise, she should understand that she would be placed in a very embarrassing position and her reputation would be ruined. (Sent at 01:27)

Chao Joue:

Find a way to let some news reach her, so that she knows all the relatives are going to the media. Doesn't she realize that her selfish actions and deception are illegal? And she also has an American father; that is highly newsworthy. Is she still unwilling to soften her stance? Tell her to face it, she doesn't have to wait until it's too late to cry over spilled milk! (Sent at 01:35)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 4 2026
TRANSLATOR: _Ines Huang_
In'es HUANG

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

所以我才會盡一点心意.寄些錢到泰國.也不是很多,有10万.5万.2万比較多,因為從小就很可憐,小妹明白就好,想想她也無奈無助,对老爸尽孝.也沒錯,在继母面前受委屈也是為自保,她天生胆小孺弱,唉!其實我們都是可憐的一群.你也一樣,往事不堪回首,不提也罷。

01:18

我們都是生存者,比一般人更堅強。☀️

Read
01:19

其實晶晶是個聰明人,如果讓她知道一些風声,希望她出面大家談一下.這是上策.不然她應明白她會很難看,名譽掃地。

01:27

確實。我們這是「不戰而屈人之兵」☀️

Read
01:29

設法透露一些風声給她.讓她知道所有的親人要上媒体,她獨佔行為加上欺騙難道不知犯法?還有她有個美國老爸這太有新聞性了,她還不服軟?叫她面对吧,别一定要見官材落淚!

01:35

+ 📷 🖼    Aa    ☺ 🎤

Chao Joue:

You are still quite outstanding. I am already 80 years old this year, and I should have no problem living on some savings. You have the right to obtain your mother's inheritance. I believe there is a share for you in the will. What I want is the truth, for example, why were we not notified when she was critically ill? And why didn't tell us when she passed away, which is very suspicious. If there is any need here in Taiwan, let me know. I believe that if you take action, **Mary Jean Reimer** will contact you right away. (Sent at 21:46)

速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026
TRANSLATOR: Inés Huang
In'es HUANG

EXPRESS 速捷翻譯社
Translation Service
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

個迴這份膽本是以家母名義申請的。其時間只有到家母離開台灣為止。🌞

Read 21:44

你還是蠻优秀的,我今年已80歲,靠一些老本生活應該沒問題,你老媽的遺產你有權利得到,我相信遺囑中有你一份,我要的是一個真象,比如病危時為何没人通知我們?死後也隱瞞,其中非常可疑,台灣這裡如果有需要就告訴我,我認為若你有動作,晶晶馬上會主動找你。

21:46

但足以證明您、小妹阿姨、娃娃阿姨與家母的關係。我目前有的膽本只能證明我們的母子關係。🌞

Read 21:46

> 趙珏
> 你還是蠻优秀的,我今年已80歲,靠一些老本生活應該沒...

您已80歲,只需要靜養即可。若有進度再向您匯報。🌞

Read 21:48

Thu, August 21, 2025 ↓

+ 📷 🖼 Aa ☺ 🎤

## E1-1

Chao Joue:

That's correct. The government has its mechanisms and authority. It is impossible for an individual to provide complete information; there should be procedures to follow. (Sent at 11:51)

Chao Joue:

This includes the United States, the Mainland China, and Macau. There are complete records, and not a single portion can be missed. (Sent at 11:53)

Charles Li Chang:

A 22-carat emerald (a top-grade green gemstone is an emerald), is that something **Sean Eric Hotung**, who lives off the family fund, could afford to give?
(Read by Chao Joue at 13:27)

Chao Joue:

**Mary Jean Reimer** is not very wise. She should have things sorted out with you long ago. With all that inheritance from your mother, why not just split some with you? That would have been fine for everyone, right? (Sent at 21:05)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 4 2026
TRANSLATOR: Ines Huang
In'es HUANG

**EXPRESS** 速捷翻譯社
*Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

Wed, August 27, 2025

律師說只要向法院申請啓動「財產清冊」程序，便可由法院發文各政府機構，獲得母親的所有個人訊息。🌞

Read
10:33

沒錯,政府有機制及公權力,個人不可能提供完整,應有方法可依循。

11:51

包括美國.大陸.澳門,都有完整資料,一分都跑不掉。

11:53

https://share.google/
images/
eNRDVFU31g778fBFz

Read
13:21

22克拉祖母綠 (頂級綠寶石便是祖母綠) 那是何猷彪這個靠家族基金生活的人送得起的？

Read
13:27

🌞

晶晶很不聰明.她应該早就协調你,你老媽那麼多遺產,分一些给你大家有份不就 OK 了嗎？

21:05

Thu, August 28, 2025

何猷彪 (Sean) 原是他父親 ↓

Chao Joue:

The evidence is solid. The legal reasoning is sharp. Victory in this lawsuit should already be within grasp. To my knowledge, Hong Kong's judiciary enjoys a global reputation for fairness. By extension, Macau should follow its example. If the court dares to show bias, once this case is made public, it will not be able to withstand the pressure; I believe it would not dare. We shall wait and see.
(Sent at 01:15)

Chao Joue:

Your lawyer truly has exceptional skill!
(Sent at 01:16)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 5 2026
TRANSLATOR: In'es HUANG

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

這是澳門司法史無前例的。我的證據是家母的病歷，呈現出她在 2019-2020 便已失去溝通能力。換言之，她已被照顧者所控制。🌞

Read
22:39

Wed, 12/3

提交版本.pdf
Valid till: 12/10, 19:51
Size: 411.56 kB

我的律師發功了。寫得很流暢🌞

Read
19:51

Thu, 12/4

証據確鑿.法理銳利.這場官司應勝卷在握.據我所知香港的司法在全球是享有非常公正的好評.影響所及.澳門必步其後塵.如果法院胆敢偏坦.此案公諸於世它會受不了,我認為它不敢.拭目以待可也!    01:15

你的律師確實有兩把刷子!    01:16

你可能沒有看得真切。此信一發，舍妹將難逃刑責。而且按照以往的判例，她未來的查公配出會減少、

+ ◎ ▢    Aa    ☺ ◊

Chao Joue:

I agree with your handling of the matter. But it doesn't mean you can commit murder and arson! I asked you to revise the content, yet you failed to do so and sent it out anyway, claiming that you were in a hurry. Your reply was very impolite. Offending me will not benefit you.

(Sent at 11:38)

速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 5 2026
TRANSLATOR: In'es Huang

In'es HUANG

**EXPRESS** 速捷翻譯社
*Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634  FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net



我同意你處理.你可以去殺人放火嗎?要你修正內容你沒做到就發出了.理由是趕時間.你的回覆很沒禮貌.得罪我对你沒好處!

11:38



11:37　　　.ıl 🤶 70
< 5　趙珏

這是澳門司法史里前例的.我約證據是寄帖的快遞.至現出現在2019-2020律已失去溝通能力。孫吾之.我已經照顧事所控制。

Wed, 10/2

收交服本.pdf
3.8MB 11:18, 10/2

我的律師智担了.寫得很流暢

Thu, 10/4

趙隆卓.法理就料A這種官司应該要在選.提我所和李達的司法在全球是事在奪公正的行好.即前以及.澳門但中其後是.知果追踪散数這個.此虽公讓你在它爱事不了.其实为它不敢.就目以呼可也!

你的律師這是有幾把新子?

Read　+ 📷 📄　Aa　　⊙ 🎤
11:38



趙珏
沒什麽反不反悔的問題.一直以來在幫你.是情份不是本份.

看您以往的發言,以為您是想站在正義的一方,確實是高估您了。☀️

Read
11:41

Chao Joue:

That is why I did my small part and sent some money to Thailand. It was not a large amount, sometimes 100,000, sometimes 50,000, but more often 20,000, because she had been a poor child. It is enough that the younger sister understands. Thinking about it, she was also helpless and without support. There is nothing wrong with her showing filial piety to her father. Enduring grievances in front of her stepmother was also for self-protection. She is timid and weak by nature. Sigh. In fact, we are all a pitiable group. You are the same. The past is too painful to look back on; it is better not to mention it. (Sent at 01:18)

Chao Joue:

In fact, **Mary Jean Reimer** is a smart person. If she is made aware of certain developments, I hope she will come forward so that everyone can talk. This would be the best policy. Otherwise, she should understand that she would be placed in a very embarrassing position and her reputation would be ruined. (Sent at 01:27)

Chao Joue:

Find a way to let some news reach her, so that she knows all the relatives are going to the media. Doesn't she realize that her selfish actions and deception are illegal? And she also has an American father; that is highly newsworthy. Is she still unwilling to soften her stance? Tell her to face it, she doesn't have to wait until it's too late to cry over spilled milk! (Sent at 01:35)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026    TRANSLATOR: _Ines Huang_
In'es HUANG

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634  FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

所以我才會尽一点心意.寄些錢给泰國.也不是很多,有10万.5万.2万比較多,因為從小就很可憐,小妹明白就好,想想她也無奈無助,对老爸尽孝.也没錯,在继母面前受委屈也是為自保,她天生胆小懦弱,唉!其實我們都是可憐的一群.你也一樣,往事不堪回首,不提也罷。

01:18

我們都是生存者，比一般人更堅強。☀️

Read
01:19

其實晶晶是個聰明人,如果讓她知道一些風声,希望她出面大家談一下.這是上策.不然她應明白她會很難看,名譽掃地。

01:27

確實。我們這是「不戰而屈人之兵」☀️

Read
01:29

設法透露一些風声给她.讓她知道所有的親人要上媒体,她獨佔行為加上欺騙難道不知犯法?還有她有個美國老爸這太有新聞性了,她還不服軟?叫她面对吧,别一定要見官材落淚!

01:35



   

Chao Joue:

As I recall, it was Unit A/B. But I can no longer remember it clearly.    (Sent at 09:30)

Chao Joue:

**Mary Jean Reimer** should know that she has no leg to stand on in terms of sentiment, reason, or law. A smart woman like her would step forward to negotiate a compromise; especially since you hold her private secrets as leverage!    (Sent at 09:39)

Chao Joue:

Ask her to come forward; everything can be negotiated.    (Sent at 09:40)

Chao Joue:

It is possible that your mother had a written will that she has been hiding.
(Sent at 09:42)

Chao Joue:

I do not believe your mother made no distribution. She is sharp-tongued but tender-hearted. **Mary Jean Reimer** is too greedy and too ruthless. She cannot possibly spend it all in this lifetime; these people are all family.    (Sent at 09:48)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL. TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 4 2026    TRANSLATOR: _In'es Huang_
In'es HUANG

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net



Read
07:48

印象中是 A/B 座。但己記不清。
09:30

香港九龍漆咸道的房子是 A B 座但加起來還沒這個 B 座大。
Read
09:37

晶晶应知自己在情.理.法均站不住腳,聪明的她會出面協商妥恊,何況还有把柄私密在你手中!。
09:39

叫她出面,凡事好商量。
09:40

搞不好你老媽有遺書被她私藏了:。
09:42

我不相信妳媽沒分配,她是刀子口.豆腐心,晶晶太貪也太狠,這輩子花不完,這些人都是親人啊i
09:48

據此視頻所言,外祖父是黃浦軍校五期畢業的,還參加過北伐。不知道您小時候是否聽過外祖父講過這些故事?
https://youtu.be/
YXvH.JXeVIILw?

＋ ◎ 🖼　Aa　　　☺ 🎤

Chao Joue:

You should file a lawsuit with the local court as the plaintiff. **Mary Jean Reimer** concealed the facts and caused damage to your rights and interests, didn't she?
(Sent at 10:18)

Chao Joue:

According to the law, you are the eldest son and have the right of inheritance, do you not?    (Sent at 10:20)

Chao Joue:

That's right. Handle it strictly in accordance with the law. (Sent at 10:30)

You should make every effort to fight for the rights that belong to you.
(Sent at 10:31)

Chao Joue:

If there are assets in the Mainland China, Macau, or even the United States, the local governments will have records of the real estate. It depends on how your lawyer handles it.
(Sent at 10:52)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026
TRANSLATOR: *Inés Huang*
In'es HUANG

**EXPRESS** 速捷翻譯社
*Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

Sun, September 7, 2025

已得澳門氹仔（潭仔）的部份
地址：氹仔路凼填海區

Read
00:57

目前產業已在晶晶名下。

Read
09:39

你应是以提告者身份向当地法
院提訴,晶晶隐藏事实使你权
益受损,对否? 10:18

依你是長子有继承权,不对
嗎? 10:20

經過法院審理程序後，晶晶必
須將所得之遺產全數歸還給本
方指定的遺產管理人，重新分
配。

Read
10:29

沒錯,依法論法.你应 10:30

:全力爭取所屬的權利! 10:31

若在大陸.澳門.甚至美國有財
產,當地政府有其不動產資料.
就看你的律師如何處理。 10:52

Read
12:07
好的 👌。沒問題

+ 📷 🖼 Aa ☺ 🎤

Chao Joue:

You are still quite outstanding. I am already 80 years old this year, and I should have no problem living on some savings. You have the right to obtain your mother's inheritance. I believe there is a share for you in the will. What I want is the truth, for example, why were we not notified when she was critically ill? And why didn't tell us when she passed away, which is very suspicious. If there is any need here in Taiwan, let me know. I believe that if you take action, **Mary Jean Reimer** will contact you right away. (Sent at 21:46)

速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026
TRANSLATOR: Inés Huang
In'es HUANG

EXPRESS 速捷翻譯社
Translation Service
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

個迴這份膽本是以豕母名義申
請的。其時間只有到家母離開
台灣為止。🌞

Read
21:44

你還是蠻优秀的,我今年已80
歲,靠一些老本生活應該沒問
題,你老媽的遺產你有權利得
到,我相信遺嘱中有你一份,我
要的是一個真象,比如病危時
為何沒人通知我們?死後也隱
瞞,其中非常可疑,台灣這裡如
果有需要就告訴我,我認為若
你有動作,晶晶馬上會主動找
你。

21:46

但足以證明您、小妹阿姨、娃
娃阿姨與家母的關係。我目前
有的膽本只能證明我們的母子
關係。🌞

Read
21:46

> **趙珏**
> 你還是蠻优秀的,我今年已80
> 歲,靠一些老本生活應該沒...

您已80歲,只需要靜養即
可。若有進度再向您匯報。
🌞

Read
21:48

Thu, August 21, 2025

↓

**E5-4**

Chao Joue:

If **Mary Jean Reimer** did not transfer the real estate and did not withdraw the bank deposits, then there should be no illegal conduct. Is hiding the news of a death unlawful? Anyway, you're still entitled to one-third of the shares.
(Sent at 14:24)


Chao Joue:

The cause of your mother's death is unknown. It was very tragic. (Sent at 14:25)


Chao Joue:

I have been thinking, if **Mary Jean Reimer** had not concealed the illness, I could have arranged for your mother to receive treatment at the Veterans General Hospital in Taiwan. With earlier treatment, perhaps she would not have passed away. (Sent at 16:48)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE
AND CORRECT ENGLISH VERSION OF THE ATTACHED
ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND
BELIEF
DATE: MAR 04 2026
TRANSLATOR: Inés Huang
In'es HUANG

**EXPRESS** 速 捷 翻 譯 社
*Translation  Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net



Read 12:34

根據這份住院與死因報告，事實上家母早就因腦梗死（腦梗塞或稱中風）癱瘓臥床了。消息被翁靜晶封鎖了很久。🌞
Read 12:36

相關資訊明日見面再談。🌞
Read 12:38

如果晶晶沒有过户房地產，也沒有提領銀行存款，應沒犯法行為。隱瞞死訊有違法嗎？總之你有三分之一的持分是跑不掉的。
14:24

你老母死因不明.很惨烈！
14:25

Tue, November 18, 2025



2019-2020 年家母可能便已經中風了。🟡

Read 13:47

剛剛已按原訂計劃向法院提交了財產清冊程序申請書。🟡

Read 16:12

我在想.若晶晶不隱瞞病情.我可安排你老媽到台灣榮總看病,早些治疗,也許不會过世!

16:48

Thu, November 20, 2025

+ 📷 🖼   Aa   ☺ 🎤

**E5-3-4**

Chao Joue:

It is very suspicious. Your mother had a secret safe containing a considerable amount of diamonds and jewelry. I saw it. At the time, I even told her to be careful against theft. She said not to worry, because there were multiple security mechanisms. There were also properties, real estate, and deposits. Where have they gone? You must investigate and find out. (Sent at 01:15)

It is possible that they have already fallen into the hands of **Mary Jean Reimer**. (Sent at 01:16)

Charles Li Chang:

I remember this was the former address in Hong Kong: AB Unit, 14/F,    Kam Tak Building, 83–85 Chatham Road, Kowloon, Hong Kong. (Sent at 08:39)

Chao Joue:

That's correct. After it was sold, she moved to Macau. The collection I saw was in Macau. (Sent at 09:54)

Charles Li Chang:

Do you still remember the address in Macau? (Sent at 11:42)

Chao Joue:

I do not remember. You may only be able to ask **Peter Ong** or call to see whether the Filipino help is willing to speak. (Sent at 15:23)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE
AND CORRECT ENGLISH VERSION OF THE ATTACHED
ORIGINAL. TO THE BEST OF MY KNOWLEDGE AND
BELIEF
DATE: MAR 04 2026    TRANSLATOR:
In'es HUANG



**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

Sat, August 23, 2025

非常可疑.妳老媽有一個秘密的保險庫,裡面有可觀的鑽石珠宝,我看過,当時还告訴她要防被偷,她說放心,因為機關重重,还有物業及不動產及存款等,其下落如何?你需查明! 01:15

可能已落入晶晶之手。 01:16

記得這是以前香港的地址：香港九龍漆咸道 83-85 號金德大廈 14 樓 AB 座 🌞

Read 08:39

沒錯,賣掉後搬到澳门.我看到的收藏件是在澳門 09:54

Read 11:42 您還記得澳門地址嗎？🌞

不記得了,你可能只有問仔仔.或打电話者菲佣肯不肯講。 15:23

我會在今晚,澳門週一上午打電話去給媽咪前夫公司問媽咪的遺體是土葬還是火葬,以及葬在何處。
小魚泳會已被靜晶接手會長職。其中有位余少芬總教練 ↓

+ 📷 🖼 Aa ☺ 🎤

**E 5-3**

Charles Li Chang:

Uncle: Has **Mary Jean Reimer** contacted you? She does not acknowledge your existence at all. If you make contact with her, you must be careful not to be used by her.

(Read by Chao Joue at 08:25)

Chao Joue:

That's correct. It is because of the newspaper publication. Since my name was included as a signatory, I have now been drawn into the matter and have received a message saying that I may be sued. Therefore, I contacted **Mary Jean Reimer** to explain the situation. I took the initiative to approach her; otherwise, I would become the victim. You need to think carefully about this. Publishing the notice in the newspaper was absolutely a mistake, and I did not agree with some of the statements in it at all. You did not listen and rushed to send it out.

You must correct your arrogant attitude. Of course, you have many strengths, but you should listen to your uncle's advice.

(Sent at 11:18)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 4 2026
TRANSLATOR: _In'es HUANG_

**EXPRESS** 速捷翻譯社
*Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634  FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

Thu, December 25, 2568 BE

舅舅：劉翁靜晶是否與您聯絡上了？她根本就不承認您的存在，與她交往，您得小心被其利用。

Read
08:25

沒錯.為了登報之事.因署名者有我.現被捲入.我收到信訊會被告.所以找晶晶說明.是我主動她的,否則我變成受害者.你要好好想一下,登報之事絕対是敗筆,且我根本不同意其中一些論述.你不聽就急忙發出了!
你必須修正你自以為是的個性.當然你有很多优点,舅舅的話你要聽才好!

11:18

趙珏
沒錯.為了登報之事.因署名者有我.現被捲入.我收到信訊會被...

所登的事都是事實，告什麼？


Read
11:24

您若是因為受到威脅而反悔我可以原諒您。是否還有其他的原因呢？

Read
11:27

+ ⓞ 🖼 Aa ☺ 🎤

E5-3-2

Chao Joue:

I remember now. Your mom's luxury villa is in Niuwan Town, and at the main entrance there is an inscription written by a top-level leader of the Ministry of State Security (name already forgotten). I'd say it was worth at least a hundred million RMB back then. She donates money every year to benefit the local community, earning praise across the mainland. She's a prominent figure and the goddaughter daughter of the top leader; her talent for climbing the social ladder is truly remarkable! (Sent at 21:54)

Charles Li Chang:

The full name is: Niuwan Town, Xinhui District, Jiangmen City.
(Read by Chao Joue at 07:33)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4, 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE
AND CORRECT ENGLISH VERSION OF THE ATTACHED
ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND
BELIEF
DATE: MAR 0 4 2026
TRANSLATOR: _____
In'es HUANG

**EXPRESS** 速 捷 翻 譯 社
*Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

記起來了,你老媽的豪華別墅就在牛灣鎮,大門口還有國家安全部最高階領導(姓名已忘)的提字,我認為当時价值上億人民幣跑不掉.她每年捐錢造福当地受到大陸讚揚,是風雲人物,且是最高領導的乾女兒,攀龍附會本領極高!

21:54

Tue, September 23, 2025

全名是:江門市新會區牛灣鎮



Read
07:33

https://youtu.be/draGSiJyzhE?feature=shared



江門市新會區:遠徑新會牛灣社區,停下來休息隨意拍攝牛灣社...

Read
07:38

1

  Aa

**E5-3-1**

Chao Joue:

I have received a letter sent to me by a lawyer in Taiwan engaged by **Mary Jean Reimer**. It states that I am a signatory to the public letter published in the newspaper and that it involves defamation and damage to reputation. You should consider how to respond. (Sent at 04:45)

Chao Joue:

I am not afraid. The letter did not contain any defamatory wording toward **Mary Jean Reimer**. It may have touched upon Chao Yu, but not specifically. Moreover, she has already passed away. The lawyer's letter was very unfriendly. (Sent at 04:49)

Chao Joue:

You are a smart person. This damn public letter has nothing to do with the inheritance. It has flaws. You should know yourself that it was an unfavorable move. (Sent at 04:53)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL. TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026    TRANSLATOR: In'es Huang
In'es HUANG

**EXPRESS** 速 捷 翻 譯 社
*Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

Fri, December 26, 2025

已收到晶委託台灣律師發函給我.意指報紙公開信我是署名人.涉及毀謗妨害名譽等.你看如何应对吧!

04:45

我是不怕的.信中没有毀謗晶晶的言詞.有影涉到赵瑜.但不具体.且她已过世.律師來函很不友善!

04:49

你是聪明人.這封狗屁公開信和遺產完全無關.有瑕疵.自己应知是不利之舉!

04:53

2026年的台灣政局是「否卦」？☀️
https://youtu.be/
ZCFsDatHI0U?
si=F_YSwuQta2__5AFj



【全程字幕】郭正亮爆有高人替賴清德卜了一卦 卦象令人背脊發涼
#郭正亮#彈劾賴清德#彈劾#藍白

+ ◎ ⊡    Aa    ☺ ♌

**E4-4**

Charles Li Chang:

It has already been sent to **Mary Jean Reimer** and **Sean Eric Hotung**. A copy has been forwarded to little Auntie. If you have an email address, I can forward it to you.
(Read by Chao Joue at 08:50)

Charles Li Chang:

I can only give her two days. I am prepared to give up my job with an annual salary of USD 180,000 to accompany her in litigation. I will pursue this to the very end, from Macau to Guangdong, and ultimately to the United States.
(Read by Chao Joue at 09:25)

Chao Joue:

Do it according to your plan. (Sent at 06:26)



速捷翻譯社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 4 2026
TRANSLATOR: In'es Huang

In'es HUANG

**EXPRESS** 速捷翻譯社
*Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

到你的任何解釋，我將別無選擇，只能將此事件訴諸法律。這並非我所願，而是你為我留下的唯一途徑。

兄 字
10/14/2025 於美國

Read
08:48

已發給晶晶與何猷彪。附本傳給小妹阿姨。如果您有電郵地址，可轉發給您。

Read
08:50

只能給她兩天的時間。
我自己要放棄年薪18萬美元的工作陪她打官司。我一定會打到底。
從澳門打到廣東，最後打到美國。

Read
09:25

Thu, 10/16

吾友吳治歐先生
https://
www.worldchinesemedia.c
om/2025/03/18/12493/



+ ◎ ⌷  Aa  ☺ ⬇ ⌂

https://
www.worldchinesemedia.c
om/2025/03/18/12493/

世界华文大众传播媒体协会、国际
中文记者联合会新一届 (2025) ...
Skip to content 协会新闻 2025年
3月18日 Editor 《世界华文媒体》...

Read
01:37

就照你的意思去辦!

06:26

Read
08:00  好的 👍

Sat, 10/18

https://www.lvcnn.com/
mobile/news.php?
id=52529

為翁晶晶隱瞞趙靜瑜女士逝世...
拉斯維加斯新聞網是目前賭城最
具權威性最快捷全面的大型網...

Read
20:58

https://youtu.be/
vJKSTx3aNyo?
si=d2oPu2ZmwYfzOR

+ 📷 🖼  Aa  ☺ 🎤

**E4-3**

Charles Li Chang:

Your opinion has been incorporated into this version.

(Read by Chao Joue at 15:59)


Chao Joue:

**Mary Jean Reimer** should be given one final opportunity, notify her once more. If she does not respond or come forward, then take further action. Once this document is released, it will amount to a complete falling-out. The best course of action is to negotiate. (Sent at 16:20)





台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

知血親家族，亦無意主持喪禮，反由無血緣關係、已逝十多年之亡夫劉衍泉家族晚輩代發訃聞、承辦後事。訃聞中稱家姐為「劉門太夫人」，不僅對逝者與家族極不尊重，更是對家姐一生實踐女權精神之嚴重侮辱。

目前我湖南沅陵趙氏家族中，與家姐同輩者尚存三人。除本人常住台灣外，大妹趙瑗居美國紐約，小妹趙瑛居泰國曼谷。

身為趙氏家族之長輩，我們三人認為，外甥女翁靜晶隱瞞家姐死訊，未告知長輩及其同母兄長章立，實屬不道德之行為。此舉令其兄長未能見母...

Read
15:58    See all                          >

Read    您的意見已融入這版本 🌟
15:59

应给晶晶最後一個機會,照會她一次,若不理會出面再採取行動。
因此文一出就等於撕破臉,最上策是愓談!
                              16:20

+ 📷 🖼  ...證據。以上。🟡 ☺ ▶

**E4-2**

Chao Joue:

In fact, **Mary Jean Reimer** is a smart person. If she is made aware of certain developments, I hope she will come forward so that everyone can talk. This would be the best policy. Otherwise, she should understand that she would be placed in a very embarrassing position and her reputation would be ruined. (Sent at 10:27)

Chao Joue:

Find a way to let some news reach her, so that she knows all the relatives are going to the media. Doesn't she realize that her selfish actions and deception are illegal? And she also has an American father; that is highly newsworthy. Is she still unwilling to soften her stance? Tell her to face it, she doesn't have to wait until it's too late to cry over spilled milk! (Sent at 10:35)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026
TRANSLATOR: Inés Huang
In'es HUANG

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net


其實晶晶是個聰明人,如果讓她知道一些風声,希望她出面大家談一下。這是上策。不然她應明白她會很難看,名譽掃地。 10:27

確實。我們這是「不戰而屈人之兵」🌞
Read 10:29

設法透露一些風声給她。讓她知道所有的親人要上媒体,她獨佔行為加上欺騙難道不知犯法?還有她有個美國老爸這太有新聞性了,她還不服軟?叫她面对吧,別一定要見官材落淚! 10:35

舅舅:下週就要見面了,有聊不完的話。您好好休息,把身體養好,準備看這場戲怎麼演下去。我週一到台北,週三離台赴澳門。
台北手機號 0906353999。
Read 10:40 保持聯絡🌞

為翁靜晶隱瞞趙靜瑜女士逝世訊息事一致粵港澳親友之公開信

事由:茲因外甥女翁靜晶,具繼承權之直系與旁系親屬, ↓

＋ 📷 🖼 …證據。以上。 🌞 ☺ ▶

**E4-1**

Charles Li Chang:
The lawyer said the most likely delays would be: (1) not having the contact addresses of **Mary Jean Reimer** and Peter Ong, or they refuse to accept the documents; (2) inheritance litigation in the Mainland China, such as in Zhuhai and Jiangmen City. (Sent at 07:16)

Chao Joue:
Does the court no longer have public authority? Can refusing to accept documents allow someone to get away with the law? (Sent at 10:06)

Charles Li Chang:
It can only be delayed for about a month. If pressure is then applied through social media, **Mary Jean Reimer** will certainly come forward to respond under the pressure of public opinion. (Sent at 10:11)

Charles Li Chang:
Please take good care of yourself and maintain your health. In the next two years, AI will introduce methods that enable everyone to live healthily and achieve longevity. Everyone will be able to live to at least 120 years old. (Sent at 10:16)

Chao Joue:
Annexing your mother's inheritance should constitute (Sent at 10:17)
the offense of misappropriation! (Sent at 10:17)

Chao Joue:
It should be the crime of misappropriation, right? (Sent at 10:18)

Chao Joue:
There is also suspicion of concealing to evade inheritance tax. (Sent at 10:19)



**EXPRESS** 速捷翻譯社
*Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

Chao Joue:
Annexing your mother's inheritance should constitute (Sent at 10:17)
the offense of misappropriation! (Sent at 10:17)

Chao Joue:
It should be the crime of misappropriation, right? (Sent at 10:18)

Chao Joue:
There is also suspicion of concealing to evade inheritance tax. (Sent at 10:19)

Charles Li Chang:
We will start from Macau and proceed step by step. I have already made every effort to show goodwill by asking **Mary Jean Reimer** and **Sean Eric Hotung** to explain why they did not notify us of my mother's passing. I also asked her daughter, **Wan Yi Liu**, to convey the message to **Mary Jean Reimer**. However, there has been no response. Therefore, initiating legal action now is a "compelled" course of action. The sentiment, reason, and law have all been taken into account. As for the outcome, I believe that as long as we do our best, that is enough. What rightfully belongs to us will be ours; there is no need to force it. (Sent at 10:32)

Chao Joue:
In the end, she will compromise with you; it is only a matter of the terms and bargaining. (Sent at 10:34)



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 04 2026    TRANSLATOR: Ines Huang
In'es HUANG

**EXPRESS** 速捷翻譯社 *Translation Service*
台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

07:56

Tue, September 2, 2025

律師說最可能拖時間的是：1.
沒有晶晶仔仔的通訊地址，或
她們拒收函件 2.大陸地區如珠
海與江門市的遺產官司。🌞

Read
07:16

難道法院沒有公權力了嗎?拒
收可以消遙法外?

10:06

只能拖1個月左右的時間。如
果屆時在社群媒體上施壓，晶
晶肯定會在輿論壓力下出面回
應的。🌞

Read
10:11

您多保重，把體養好。這兩年
AI將會發出讓大家健康長壽
的辦法，每個人都能活到最少
120歲。🌞

Read
10:16

併吞媽媽遺產应是侵

10:17

.佔罰吧!

10:17

侵佔罪吧!

10:18

另有隱藏不繳遺產稅嫌疑。

10:19

＋ 📷 🖼　…證據。以上。🌞 ☺ ➤

120歲。☀️

Read
10:16

併吞媽媽遺產应是侵   10:17

.佔罰吧!   10:17

侵佔罪吧!   10:18

另有隱藏不繳遺產稅嫌疑。   10:19

我們先從澳門開始，一步一步
來。
我已經盡可能的釋出善意，要
晶晶與何猷彪回覆「不通知」
家母去逝訊息的原因為何，也
請她女兒劉萬儀轉告晶晶。但
都未獲回覆。
所以現在開始法律行動是「被
迫」的行動。情理法都已顧到
了。
至於結果如何，我也認為只要
盡力就好。該是我們的，就會
是我們的，不必強求。☀️

Read
10:32

到最後她會和你妥協，只是條
件如何而已,討价还价。   10:34

Thu, September 4, 2025   ↓

+ ◎ ⌂   ...證據。以上。☀️ ☺ ▶

# EXHIBIT 6

**證據 E4-5-2 趙瑛 Wawa 的錄音檔**

**E4-5-2: A Translation of recorded message from Aunt Wawa (Chao Ying)**

**錄音譯文 Translation of audio recording**

| 時間<br>Time | 人物<br>Person | 錄音內容<br>Audio recording contents |
|---|---|---|
| 00:01 | 章立<br>Charles Li<br>Chang | 然後那個我很想把這個信真的寄給你看，但是...你完全支持我對不對？所以呢...我等會兒有空的時候我可不可以把這個信唸給你聽，好不好？<br>I really want to send you this letter, but... you totally support me, right? So... when I have some free time later, can I read this letter to you? Is that okay? |
| 00:21 | 趙瑛 Aunt<br>Wawa (Chao<br>Ying) | 好<br>Okay |
| 00:22 | 章立<br>Charles Li<br>Chang | 然後呢，我，反正我就錄音下來，這樣子的話呢你就不用再給我搞那個 QR CODE 之類的，你覺得這樣子怎麼樣？<br>Then, I'll just record it. That way, you won't have to make me that QR CODE or anything like that. What do you think about this? |
| 00:33 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 好好好<br>Okay, okay, okay |
| 00:34 | 章立<br>Charles Li<br>Chang | 好，但是我跟你講喔，你不要...<br>Okay, but let me tell you, don't... |
| 00:37 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 我現在...<br>I am now … |
| 00:38 | 章立<br>Charles Li<br>Chang | 不要過幾天，這個、翁靜晶跑來給你施展媚功，你又反悔說，喔我沒有答應要寫這個，你不能做這種事喔<br>Don't wait a few days for **Mary Jean Reimer** to come over and try to charm you, only to backtrack later and say, "Oh, I never agreed to write this." You can't do something like that. |
| 00:51 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 我跟你講我是一個很講信用的人，我不會做這種沒屁眼的事<br>Let me tell you, I am a person who values my reputation very much. I would never do such a despicable thing. |
| 00:57 | 章立<br>Charles Li<br>Chang | 好，那有你這句話就好了，我現在就可以唸給你聽<br>Okay, that's good to hear. I can read it to you now. |
| 01:03 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 沒屁眼的事怎麼做，拉不出大便會死<br>What can I do about this nonsense? I'll die if I can't pass stool |

**EXPRESS** 速捷翻譯社
*Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

1

| 01:09 | 章立<br>Charles Li Chang | 雖然很粗但是呢，確實也是如此，也是非常嚴重的一種懲罰ok，好我唸給你聽喔，我告訴你喔，能夠像我這樣子找到我媽咪一個歷史定位，這種人世界上找不到幾個，ok 我唸給你聽全文<br>Although it's crude, it's true. It's also a very serious punishment. Okay, let me tell you, let me explain to you, there are not many people in the world who can find their mother's historical position like me. Okay, let me read the whole text to you |
|---|---|---|
| 01:31 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯嗯嗯<br>Uh-huh |
| 01:34 | 章立 | 然後這個呢，已經登出來了<br>And this one has already been published |
| 01:38 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 唉呀，好極了，登在哪裡啊？<br>Oh, great! Where is it located? |
| 01:40 | 章立<br>Charles Li Chang | 第一個是登在我們拉斯維加斯的這個報紙，是這個報社呢他是…因為它的老闆我認識，他是世界這個華文的報紙的這個主席 ok<br>The first one is published in our Las Vegas newspaper. I know the owner of this newspaper, who is the chairman of the world's Chinese-language newspapers |
| 01:59 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯嗯<br>Uh-huh |
| 02:01 | 章立<br>Charles Li Chang | 所以呢，所以這整個內容呢，我都跟他討論過，然後趙玨呢，他的意見我們也都把它融入進去了<br>So, I discussed the entire content with him, and we incorporated the opinions of **Chao Joue** as well |
| 02:11 | 章立<br>Charles Li Chang | 好，我唸給你聽喔，這個抬頭是：<br>Okay, let me read to you, this title is: |
| 02:13 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 好 Okay |
| 02:14 | 章立<br>Charles Li Chang | 為翁靜晶隱瞞趙靜瑜女士逝世訊息事--致粵港澳親友之公開信，這個是標題。<br>Open Letter to Relatives and Friends in Guangdong, Hong Kong, and Macao Regarding the Matter of Ms. Mary Jean Reimer's Concealment of Ms. Jean Yu Reimer's Death - this is the title." |
| 02:26 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯嗯嗯<br>Uh-huh |
| 02:27 | 章立<br>Charles Li Chang | 發布的日期是 2025 年 10 月 17 日<br>The release date is October 17, 2025 |

**EXPRESS** 速捷翻譯社<br>*Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

2

| | | |
|---|---|---|
| 02:33 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 喔<br>Oh |
| 02:34 | 章立<br>Charles Li<br>Chang | 事由：茲因外甥女翁靜晶，對具繼承權之直系與旁系親屬，惡意隱瞞家姊趙靜瑜女士已於 2025 年 2 月 21 日在澳門鏡湖醫院逝世之訊息。好這個是事由，然後下面就是內容<br>Subject: My niece **Mary Jean Reimer** malicious concealed from lineal and collateral relatives with inheritance rights the fact that my elder sister Jean Yu Reimer passed away on February 21, 2025, at Kiang Wu Hospital in Macao. Well, this is the subject, and the following is the content |
| 02:55 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯<br>Hmm |
| 02:56 | 章立<br>Charles Li<br>Chang | 經委由外甥章立於 2025 年 8 月、9 月與 10 月三次發文至翁靜晶三個電郵地址及何猷彪個人電郵地址，向其詢問緣由，皆未獲任何回覆。故而確認翁靜晶此舉實為一己之私，惡意剝奪親屬知情之權利。這段聽懂了嘛？<br>Having entrusted the matter to my nephew **Charles Li Chang** for handling, I sent three emails in August, September, and October 2025 to three email addresses belonging to **Mary Jean Reimer** and to **Sean Eric Hotung**'s personal email address to inquire about the reasons, but received no reply. at all. Therefore, it is confirmed that **Mary Jean Reimer**'s action was purely for her own private interests, maliciously depriving relatives of the right to be informed. Do you understand this? |
| 03:24 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 聽懂聽懂<br>I understand, I understand. |
| 03:26 | 章立<br>Charles Li<br>Chang | 峉此將其違反倫理道德一事，向廣東、香港、澳門地區諸親友陳明事情原委。<br>We hereby set forth the circumstances surrounding this breach of ethics and morality and make them known to all relatives and friends in Guangdong, Hong Kong, and Macao. |
| 03:36 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯<br>Hmm |
| 03:37 | 章立<br>Charles Li<br>Chang | 先父趙班斧，湖南沅陵人，曾任國民政府國大代表，育有五名子女。子女長幼順序如下：長子趙玖、長女趙瑜（又名趙靜瑜）、次子趙珏、次女趙瑗與幼女趙瑛。兄長趙玖當年未隨國民政府遷台，而家姊趙瑜因與我自幼一同對抗有心理變態之高姓繼母，多年來建立起深厚革命情感，感情尤篤。這個有心理變態之高姓繼母，這是從哪裡來的你知道嗎？<br>My late father, **Chao Pan Fu**, a native of Yuanling, Hunan Province, once served as a National Assembly Representative of the National Government. He had five children. Their birth order is as follows: the |

**EXPRESS** 速捷翻譯社<br>*Translation Service*

台北市開封街一段 2 號 6 樓之 4<br>TEL:(02)23317110・23311474・23753634  FAX:(02)23815655<br>E-mail:ets.k888@msa.hinet.net

3

|  |  |  |
|---|---|---|
|  |  | eldest son, **Chao Jiu**; the eldest daughter, **Chao Yu** (also known as **Jean Yu Reimer**); the second son, **Chao Jouc**; the second daughter, **Chao Yuann**; and the youngest daughter, **Chao Ying**. My elder brother, **Chao Jiu**, did not relocate to Taiwan with the National Government at that time. My elder sister, **Chao Yu** (also known as **Jean Yu Reimer**), and I, however, from a young age stood together in resistance against our stepmother surnamed Kao, who suffered from psychological abnormalities. Through those difficult years, we forged a deep bond in our shared struggle—a connection that remains exceptionally strong to this day.<br>Do you know where this mentally abnormal stepmother surnamed Kao came from? |
| 04:22 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯嗯嗯<br>Uh-huh |
| 04:23 | 章立<br>Charles Li Chang | 我相信你一定贊成，好，這個是小妹阿姨，他與這個高小姐的這個晚輩他們得出來的結論，ok？<br>I believe you must agree, well, this is Aunt **Xiao Mei**, and this is the conclusion she and the younger generation of Miss Kao reached, ok? |
| 04:35 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯嗯嗯<br>Uh-huh |
| 04:36 | 章立<br>Charles Li Chang | 好，下一段。家姊自幼聰穎伶俐，性格豪爽，學習能力卓越，為品學兼優之好學生。然而繼母讒言所害，年少即被迫離家自立。ok，下一段，其後她輾轉移居港澳，自力創業，事業有成，並與港澳社會高層往來密切。家姊善於排難解紛，人稱「大家姐」。ok，下一段，家姊在世時，對弟妹極為照顧。她曾帶我參觀其在珠江之出租大樓、江門市之果園別墅，並展示澳門家中保險櫃內各類珠寶古玩，件件皆為價值連城之珍品。當時家姊曾言，待其百年之後，每位弟妹皆可分得一份。下一段，家姊實為女權主義之先行者。凡與她共同生活之伴侶，或曾明媒正娶之「大哥」級人物，在她面前皆被稱為「姐夫」。如家姊這般受人敬重之女中豪傑，逝世後其女翁靜晶竟未通知血親家族，亦無意主持喪禮，反由無血緣關係、已逝十多年之亡夫劉衍泉家族晚輩代發訃聞、承辦後事。訃聞中稱家姊為「劉門太夫人」，不僅對逝者與家族極不尊重，更是對家姊一生實踐女權精神之嚴重侮辱。<br>Okay, next paragraph. My elder sister was intelligent and quick-witted from a young age, forthright in character, with outstanding learning ability, and was an excellent student of both conduct and academics. However, because she was harmed by the slander of her stepmother, she was forced to leave home and become independent at a young age.<br>Okay, next paragraph. After that, she moved around and relocated to Hong Kong and Macau, started her own business through her own efforts, achieved success in her career, and maintained close ties with the upper echelons of Hong Kong and Macau society. My eldest sister is good at resolving difficulties and disputes, and is known as "Big Sister." |

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

4

| | | |
|---|---|---|
| | | Okay, next paragraph. While my elder sister was alive, she took good care of her younger siblings. She once took me to visit her rental building by the Pearl River and her orchard villa in Jiangmen City, and showed me the various pieces of jewelry and antique collectibles kept in the safe at her home in Macao—each one of them a priceless treasure. At the time, my elder sister said that after she passed away, each younger sibling would be able to receive a share. |
| | | Next paragraph. My elder sister was in fact a forerunner of feminism. Any partner who lived with her, or any "big brother" figure whom she had once formally married, would all be called "brother-in-law" in her presence. Yet for a heroine among women, respected by all as Elder Sister was, after her death, her daughter, Mary Jean Reimer, not only failed to notify her blood relatives, but also had no intention of presiding over the funeral; instead, the obituary was issued by, and the funeral arrangements were handled by, younger members of the family of her late husband, Lao Hin Chun—who had been dead for more than ten years—and who were not related to her by blood. The obituary referred to my elder sister as "the Grand Madam of the Lau Family," which was not only extremely disrespectful to the deceased and her family, but also a grave insult to the feminist spirit my elder sister practiced throughout her life. |
| | | 怎麼樣我這個歷史定位寫得不錯吧？<br>How about my historical positioning? Is it well written? |
| 06:28 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 對對對，你怎麼想得出來的<br>Right, right, right. How did you figure it out? |
| 06:31 | 章立<br>Charles Li Chang | 下一段，目前我湖南沅陵趙氏家族中，與家姊同輩者尚存三人。除本人常住台灣外，大妹趙瑗居美國紐約，小妹趙瑛居泰國曼谷。身為趙氏家族之長輩，我們三人認為，外甥女翁靜晶隱瞞家姊死訊，未告知長輩及其同母兄長章立，實屬不道德之行為。此舉令其兄長未能與母親見最後一面，盡人子之孝，亦使我等直系與旁系血親無法主持喪禮，甚至不得至靈前致哀。尤有甚者，翁靜晶居美國拉斯維加斯期間，其兄章立對她照顧有加。且章立在美國僑界熱心公益，聲譽卓著，與翁靜晶享有同等繼承權利，理應更有資格代表親屬主持喪禮，並參與或主導家姊遺產之分配。對於翁靜晶違背倫理，背離親情之行為，實難見容於親友長輩，同時也無法為社會大眾所認同。因此，我們嚴正呼籲劉衍泉家族：<br>In the next paragraph, Currently, among the generation of my elder sister and myself in the Chao family of Yuanling, Hunan, three of us remain. Apart from myself, who resides permanently in Taiwan, my younger sister **Chao Yuann** lives in New York, United States, and my youngest sister **Chao Ying** resides in Bangkok, Thailand.<br><br>As elders of the Chao family, the three of us believe that our niece, **Mary Jean Reimer**, concealed the news of our elder sister's death and failed to inform the elders and her full brother, **Charles Li Chang**, which is truly an unethical act. This caused her brother to be unable to see his mother one last |

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110・23311474・23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

5

| | | time and fulfill his filial duty as a son, and also prevented our direct-line and collateral blood relatives from presiding over the funeral rites, and even from going before the deceased's spirit tablet to pay our respects. |
|---|---|---|
| | | What is more, during the time when **Mary Jean Reimer** was living in Las Vegas, USA, her elder brother **Charles Li Chang** took particularly good care of her. Moreover, **Charles Li Chang** is enthusiastic about public welfare in the Chinese expatriate community in the United States and enjoys an outstanding reputation; he has the same inheritance rights as **Mary Jean Reimer**, and should rightfully be more qualified to represent the family in presiding over the funeral, and to participate in or take the lead in the distribution of my elder sister's estate. |
| | | **Mary Jean Reimer**'s conduct, which violates ethics and betrays family ties, is truly difficult for relatives, friends, and elders to tolerate, and also cannot be accepted by the public at large. |
| | | Therefore, we solemnly call on the family of **Lao Hin Chun**: |
| | | 一、深入瞭解實情，勿再縱容翁靜晶女士之行為。<br>1. Gain an in-depth understanding of the facts, and do not continue to tolerate Ms. **Mary Jean Reimer**'s conduct.<br>二、立即配合家姊嫡親長子章立，停止一切阻撓，允其至墓前祭拜。<br>2. Immediately cooperate with the eldest legitimate son of Elder Sister, **Charles Li Chang**, cease all obstruction, and permit him to pay respects at the graveside.<br>三、堅守公理正義，支持章立透過法律途徑，爭取其應有之權益，以資補救。<br>3. Uphold the principles of justice, support **Charles Li Chang** in seeking the rights to which he is entitled through legal channels, as a means of remedy.<br>是所至盼！<br>This is our earnest hope! |
| 08:20 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯嗯嗯<br>Uh-huh |
| 08:21 | 章立<br>Charles Li Chang | 湖南沅陵趙氏家族，趙珏、趙瑗、趙瑛 謹啟。2025 年 10 月 17 日。<br>Sincerely yours, Chao family from Yuanling, Hunan, including **Chao Joue**, **Chao Yuann**, and **Chao Ying**. October 17, 2025.<br><br>怎麼樣？<br>How about it? |
| 08:31 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯，好極了<br>"Hmm, excellent. |
| 08:32 | 章立<br>Charles Li | 文章寫得還可以吧？<br>Is the article written fairly well? |

**EXPRESS** 速捷翻譯社 *Translation Service*

台北市開封街一段 2 號 6 樓之 4
TEL:(02)23317110．23311474．23753634 FAX:(02)23815655
E-mail:ets.k888@msa.hinet.net

| | Chang | |
|---|---|---|
| 08:34 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 你寫得好<br>You wrote well |
| 08:36 | 章立<br>Charles Li<br>Chang | 那你完全都支持、都認同對不對？<br>So you fully support and agree with it, right? |
| 08:39 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 我認同認同，完全認同，你全權處理。<br>I agree, completely agree. You have full authority to handle it. |
| 08:44 | 章立<br>Charles Li<br>Chang | 好，那我就全權處理，以上我剛剛跟你講的，也已經、你跟我講的東西全部都已經錄音存檔了 ok？<br>Okay, then I'll handle it all. Everything I just told you and you told me has been recorded and archived, okay? |
| 08:52 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 嗯<br>Hmm |
| 08:53 | 章立<br>Charles Li<br>Chang | 好<br>Okay |
| 08:54 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 好極了<br>Excellent |
| 08:55 | 章立<br>Charles Li<br>Chang | 那你就不用再想辦法發那個什麼 QR CODE<br>Then you don't have to think of ways to send that QR CODE anymore |
| 08:57 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 那個、那個，QR CODE<br>That, that, QR CODE |
| 09:03 | 趙瑛<br>Aunt Wawa<br>(Chao Ying) | 我想問你一件事情...<br>I want to ask you something... |



速 捷 翻 譯 社
EXPRESS TRANSLATION SERVICE
6F1-4. 2, Sec. 1, Kaifeng St., Taipei, Taiwan.
I CERTIFY THAT THIS TRANSLATION IS A TRUE AND CORRECT ENGLISH VERSION OF THE ATTACHED ORIGINAL, TO THE BEST OF MY KNOWLEDGE AND BELIEF
DATE: MAR 0 4 2026
TRANSLATOR: _____
In'es HUANG

**EXPRESS** 速捷翻譯社
*Translation Service*