**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARLES CHANG,

Plaintiff,

v.

LAU JINGJING, et al.,

Defendants.

Case No. 2:26-cv-01153-NJK

**Order**

[Docket No. 11]

Pending before the Court is Plaintiff's *ex parte* motion to extend time to serve defendants.[1] Docket No. 11.

Service of process must generally be completed within 90 days. Fed. R. Civ. P. 4(m). The Court must extend that deadline upon a showing of good cause and has discretion to extend the deadline even in the absence of good cause. *See id.* Service on individuals in foreign countries is generally not subject to the Rule 4(m) deadline. *See id.* (excluding service effectuated pursuant to Rule 4(f)); *see also Lucas v. Natoli*, 936 F.2d 432, 432 (9th Cir. 1991) (addressing predecessor version of Rule 4(m)). Federal Rule of Civil Procedure 4(f) governs service of individuals that reside in a foreign country and allows service "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention …" Nonetheless, courts possess inherent authority to set a deadline for foreign service. *Inst. of Cetacean Rsch. v. Sea Shepherd Conserv. Soc'y*, 153 F. Supp. 3d 1291, 1320 (W.D. Wash. 2015) (collecting cases).

[1] The motion is titled "*ex parte*" without any showing as to why the Court should resolve the motion without affording notice and an opportunity to respond to the opposing party, especially when there are no defendants who have appeared. *See* Local Rule IA 7-2(b); *see also* Docket. It does not appear that the motion was sealed when filed on the docket. Plaintiff failed, however, to file the motion *ex parte* or to demonstrate that to do so would be proper. Therefore, the Court declines to consider the motion on an *ex parte* basis.

Plaintiff submits that Defendants are residents of Macau, China and are being served through the Hague Convention. Docket No. 11 at 1. Further, Plaintiff submits that he has submitted the required documents to the proper government authority and such documents are ready to attempt service. *Id.* at 4-5.

For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 11. Plaintiff's deadline for service is **EXTENDED** to February 13, 2027.

IT IS SO ORDERED.

Dated: July 22, 2026

Nancy J. Koppe
United States Magistrate Judge